Emergency Relief

**PRO SE INTAKE UNIT**
**Nasima Akter, Petitioner, on behalf of**
Saiful Alam, A200-943-583
Brooklyn MDC
80 29th Street
Brooklyn, NY 11232

**To**
**U.S. District Court New York**
**Pro Se Intake Unit**
**500 Pearl Street. 2nd Floor, New York, NY 10007**

**From**
Nasima Akter
1470 East Avenue, Apt: 1B,
Bronx, NY 10462
Tel: 347-479-0709 or 212-201-1918
E-mail: nasima.akter0709@gmail.com

2026 MAY -6 PM 3: 45
RECEIVED SDNY PRO SE OFFICE

**Re: Request for Release from Immigration Custody.**

**TO WHOM IT MAY CONCERN**

Dear Sir/Madam,

My name is Nasima Akter. Date of Birth: October 25, 1985. I am a USA Citizen. Saiful Alam, A200-943-583, is my Spouse.  Saiful Alam Date of Birth: April 01, 1979. He is a native citizen of Bangladesh. My husband is currently detained by U.S. Immigration and Customs Enforcement (ICE) at Brooklyn MDC at 80 29th Street, Brooklyn, NY 11232. On April 28, 2026, he attended his biometric appointment. I was with him. That day, an ICE officer arrested him there. Since 2010, Mr. Alam has been living in the USA. Since then, he has not had any criminal record.

Since 2017, we have known each other, are legally married, and have an approved I-130 application. On April 07, 2026, we had an I-130 interview, and it went well. On April 30, 2026, the I-130 is approved. He is a business owner, a taxpayer, and the spouse of a United States citizen. As he knows, his case is pending at the BIA by the attorney's mention to him.

**STATEMENT OF FACTS:**

**Marriage and Ties:** Mr. Alam and Nasima Akter have been in a committed relationship since 2017. We are legally married, and Mr. Alam has an approved I-130 (Petition for Alien Relative) filed by his U.S. Citizen spouse.

**Business and Community Impact:** Mr. Alam is a self-employed business owner in the United States. He employs five (5) U.S. workers. His detention is causing immediate financial ruin to his business and his employees' livelihoods.

**Fiscal Responsibility:** Mr. Alam has consistently filed federal income taxes and has contributed significantly to the IRS and the U.S. economy.

**Lack of Criminal History:** Mr. Alam has no criminal record. He is a person of high moral character and poses no threat to public safety or national security.

**Ineffective Assistance of Counsel:** While Mr. Alam's appeal was dismissed in 2020, he was never informed of this by his previous legal counsel. He acted in good faith, believing his case was still pending, and even voluntarily attended his biometric appointment on April 28, 2026, demonstrating that he is not a flight risk.

**Violation of Due Process:** Mr. Alam's detention is arbitrary. Given his approved I-130 and his status as a primary breadwinner and employer, there are less restrictive means (such as an Order of Supervision or ankle monitoring) to ensure his appearance at future proceedings.

**Equitable Tolling:** Because his previous attorney failed to notify him of the 2020 dismissal, Mr. Alam should be allowed to reopen his case.

I, Nasima Akter, the spouse of Mr. Alam, request to be released from Immigration Custody. Without my husband, no one in the USA would take care of me.

**Enclosed are all the supporting documents to release Mr. Alam.**

*N. Akter*

Signed by Nasima Akter

State of New York

County of King

Subscribed and sworn to before me on 09 / 30 / 2026

Notary Public NewYork

My commission expired 09 / 10 / 2029

**List of Documents**
**Saiful Alam, A200-943-583**

1. I-130, Petition for Alien Relative, Receipt Notice, and it was approved on April 30, 2026 (copy).
2. Passport & Birth Certificate, Saiful Alam (copy)
3. Marriage Certificate, Nasima Akter & Saiful Alam (copy).
4. Certificate of Naturalization, Nasima Akter (copy).
5. Driver's License, Nasima Akter (copy).
6. Driver's License, Saiful Alam (copy)
7. Join Photographs for Different events (copy).
8. Trade License, Tara Food Inc. (copy)
9. Lease of a condominium Unit, including both names, Issued 07/01/2023 & 07/31/2025 (copy).
10. Join Bank Account, Chase Bank, December 27, 2023 & February 26, 2026 (copy).
11. Join Bank Account, Capital One, May 16, 2024 & February 16, 2026 (copy).
12. NY State of Health, showing both name (copy).
13. Con Edison Bill, showing both names (copy).
14. Join tax Return, 2023, 2024, 2025 (copy).
15. Tax Return, Saiful Alam, 2012-2025 (copy).
16. Business Tax Return, Saiful Alam, 2025-2022 (copy)

4/30/26, 3:08 PM                                Case Status Online - Case Status Se

 An official website of the United States government    Here's how you know        Español   Multilingual Resources

 U.S. Citizenship
and Immigration
Services

MENU

# Case Status Online

## Case Approved

On April 30, 2026, we approved your Form I-130, Petition for Alien Relative, Receipt Number IOE0924012902, and sent you an approval notice. Please follow the instructions in your notice. If you do not receive your approval notice by May 30, 2026, please go to www.uscis.gov/e-request to request a copy of the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number  ❷

**Error: Please enter an application receipt number.**

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.

DHS PRIVACY NOTICE                                    PAPERWORK REDUCTION ACT

## Related Tools

Department of Homeland Security
U.S. Citizenship and Immigration Service

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | | NOTICE DATE |
|---|---|---|---|
| Receipt | | | January 25, 2024 |
| CASE TYPE | | | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | | | A062681801 |
| RECEIPT NUMBER | RECEIVED DATE | | PAGE |
| IOE0924012902 | January 12, 2024 | | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | | DATE OF BIRTH |
| January 12, 2024 | 201 B INA SPOUSE OF USC | | October 25, 1985 |

PAYMENT INFORMATION:

NASIMA AKTER
1470 EAST AVE APT
BRONX, NY 10462

17    00005615

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|¦|

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

Name                          Date of Birth        Country of Birth      Class (If Applicable)
ALAM, SAIFUL                  1/1/1979             BANGLADESH

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| USCIS | (800)375-5283 |
| Texas Service Center | APPLICANT COPY |
| 6046 N. Beltline Rd STE. 110 | |
| Irving, TX 75038 | |

FEB 20 2024 AM 9 3

QP103l





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 10/13/21

PERSONAL DATA AND EMERGENCY CONTACT

Name: SAIFUL ALAM

Father's Name: MOKLESUR RAHMAN

Mother's Name: PEARA BEGUM

Spouse's Name:

Permanent Address: DEODEWRON, HAZIGANJ, NASIRKOTE - 3611, CHANDPUR

Emergency Contact:
Name: MOKLESUR RAHMAN

Relationship: FATHER

Address: DEODEWRON, HAZIGANJ, NASIRKOTE - 3611, CHANDPUR

Telephone No.: +8801601893864



---

PASSPORT
পাসপোর্ট

গণপ্রজাতন্ত্রী বাংলাদেশ  PEOPLE'S REPUBLIC OF BANGLADESH

ধরণ/Type    দেশ কোড/Country Code    পাসপোর্ট নং/Passport Number
P           BGD                      A12615988

পদবি/Surname
ALAM

প্রদত্ত নাম/Given Name
SAIFUL

জাতীয়তা/Nationality        ব্যক্তিগত নং/Personal No.
BANGLADESHI                 19791314950000011

জন্ম তারিখ/Date of Birth    পূর্ববর্তী পাসপোর্ট নং/Previous Passport No.
01 APR 1979                 BQ0507128

লিঙ্গ/Sex    জন্মস্থান/Place of Birth
M            CHANDPUR                              256949

প্রদানের তারিখ/Date of Issue    প্রদানকারী কর্তৃপক্ষ/Issuing Authority
11 OCT 2023                  DIP/DHAKA

মেয়াদোত্তীর্ণের তারিখ/Date of Expiry    ধারক/Holder's Signature
10 OCT 2033



P<BGDALAM<<SAIFUL<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
A12615988<0BGD7904015M3310104913149500001126

Government of the People's Republic of Bangladesh

BDR Form - 5

Office of the Birth and Death Registrar

Corrected

Uttar Kalocho Union Parishad

Upazila: Hajiganj
District: Chandpur, Bangladesh

## Birth Registration Certificate

[ Vide to rules 9 and 10 ]
(extracted from BR Book)

Register No.                 2                                                Date of Issue        07/08/2022

Date of Registration:        01/11/2007

BR Number:    | 1 | 9 | 7 | 9 | 1 | 3 | 1 | 4 | 9 | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |

Name:                        **SAIFUL ALAM**

Date of Birth:    | 0 | 1 | 0 | 4 | 1 | 9 | 7 | 9 |                    Sex: Male

In Word:                     **01 Apr 1979**                                 Order of Child:

Place of Birth:              Chandpur

Permanent Address:           - DEODEWRON NASIRCOTE
                             Uttar Kalocho, Hajiganj, Chandpur, Chattogram Division

| | | | |
|---|---|---|---|
| Father's Name: | MOKLESUR RHAMAN | | |
| Father's BRN: | | Father's Nationality: | Bangladeshi |
| Father's NID: | | | |
| Mother's Name: | FFARA BAGUM | | |
| Mother's BRN: | | Mother's Nationality: | Bangladeshi |
| Mother's NID: | | | |



Seal of Registrar Office

(Prepared by)        (Verified by)

7-8-2022

Yakub Ali Talukdar
U P Secretary
No 03 Kalochow (North) U P
Khilpara, Hajiganj, Chandpur

07/08/2022

(Signature and seal of the Registrar)

Md Monir Hossain Prodania
Chairman
No 03 Kalochow (North) U P
Khilpara, Hajiganj, Chandpur

SAIFUL ALAM

NASIMA AKTER

1470 East Ave Apartment # 1B

Bronx, NY 10462

United States

| X-2023- | THE CITY OF NEW YORK<br>OFFICE OF THE CITY CLERK<br>MARRIAGE LICENSE BUREAU | License Number<br>X-2023-6395 |
| --- | --- | --- |

## Certificate of Marriage Registration

This Is To Certify That   SAIFUL ALAM

residing at   1470 East Ave Apartment # 1B, Bronx, NY 10462, United States

born on   04/01/1979   at   Chand pur   Bangladesh

and   NASIMA AKTER

residing at   1470 East Ave Apartment # 1B, Bronx, NY 10462, United States

born on   10/25/1985   at   Narsingdi   Bangladesh

### Were Married

on   07/14/2023
By MUHAMMAD SHAHIDULLAH   at   150-15 HILLSIDE AVENUE
JAMAICA, NY
United States

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE
Bronx                                          July   26,   23
N.Y.                                                        20



PLEASE NOTE: Facsimile Signature
and seal are printed pursuant
to Section 11-A, Domestic
Relations Law of New York.

Michael McSweeney
City Clerk of the City of New York

CET-F

X136938

Case 1:26-cv-02746-DG    Document 1    Filed 05/06/26    Page 9 of 97 PageID #: 9

# THE UNITED STATES OF AMERICA

No. 4007890

## CERTIFICATE OF NATURALIZATION

Personal description of holder as of date of naturalization:

Date of birth: OCTOBER 25, 1985

Sex: FEMALE

Height: 5 feet 0 inches

Marital status: MARRIED

Country of former nationality: BANGLADESH

USCIS Registration No: A062681801

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

N. Akter

(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

at: NEW YORK, NEW YORK

The Secretary having found that:

NASIMA AKTER

residing at: BRONX, NEW YORK

having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by

U.S. CITIZENSHIP AND IMMIGRATION SERVICES

at: NEW YORK, NEW YORK      on: JULY 03, 2018

such person is admitted as a citizen of the United States of America.

U. S. Citizenship and Immigration Services

ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

## DEPARTMENT OF HOMELAND SECURITY

PHOTOGRAPHS OF DIFFERENT EVENTS NASIMA AKTER (PETITIONER) & SAIFUL ALAM (BENEFICIARY)






Photographs of Nasima Akter & Saiful Alam, wedding events with family friends on August 1, 2023.

PHOTOGRAPHS OF DIFFERENT EVENTS NASIMA AKTER (PETITIONER) & SAIFUL ALAM (BENEFICIARY)





Photographs of Nasima Akter & Saiful Alam, wedding events with family friends on August 1, 2023.

PHOTOGRAPHS OF DIFFERENT EVENTS NASIMA AKTER (PETITIONER) & SAIFUL ALAM
(BENEFICIARY)





Photographs of Nasima Akter & Saiful Alam, after marriage, spent quality times.

PHOTOGRAPHS OF DIFFERENT EVENTS NASIMA AKTER (PETITIONER) & SAIFUL ALAM (BENEFICIARY)



Photographs of Nasima Akter & Saiful Alam of the year 2018 & 2019, before marriage, when we was girlfriend & boyfriend.



Photographs of Nasima Akter & Saiful Alam, Religious Marriage on July 14, 2023.

PHOTOGRAPHS OF DIFFERENT EVENTS NASIMA AKTER (PETITIONER) & SAIFUL ALAM (BENEFICIARY)






Photographs of Nasima Akter & Saiful Alam, wedding events with family friends on August 1, 2023.

PHOTOGRAPHS OF DIFFERENT EVENTS NASIMA AKTER (PETITIONER) & SAIFUL ALAM (BENEFICIARY)





ON January 31 2025, Nasima Akter met with her mother-in-law (Saiful mother) in Bangladesh.

New York State Department of
**Taxation and Finance**
Sales Tax Registration
W A Harriman Campus
Albany NY 12227-4865



TARA FOOD INC.
1470 EAST AVE APT 1B
BRONX NY 10462-7504

New York State Department of Taxation and Finance
## Certificate of Authority

**VALIDATED**

Identification number

### 86-2039827

(Use this number on all returns and correspondence)



**1/17/2023**

Dept of Tax
and Finance

TARA FOOD INC.
1125 LONGWOOD AVE
BRONX NY 10474-5712

is authorized to collect sales and use taxes under Articles 28 and 29 of the New York State Tax Law
**Nontransferable**
This certificate must be prominently displayed at your place of business.
Fraudulent or other improper use of this certificate will cause it to be revoked.
The certificate may not be photocopied or reproduced.

4020109100098          1D88 - 0180635    P0000064 - 01                    DTF-17-A (11/14)



DATE: 7 - 01 - 2023       RE: 1470 East ave #1B

Dear Unit Owner(s):

Enclosed is a lease renewal package for your tenant residing in the unit listed above.

If your tenant currently resides in the unit, please complete the renewal package and forward a copy to the Resident Services Department. Keep the original for your records.

Please return the lease renewal package with a Money Order (or certified check) in the amount of **$150.00 made payable to Parkchester South Condominium.**

Only registered tenant(s) are eligible for renewal :
- o    Registered Tenant(s) and Occupant(s) must provide a **current photo ID** for anyone 18 years of age and over. **If you are adding an occupant over the age of 18 years old, please submit an additional $75.00 and an original notarized letter listing the occupant(s) that are being added to the unit.**

If the tenant has moved out you must notify Parkchester South Condominium in writing, to the Resident Services Department. The letter must be notarized or accompanied with a copy of your photo identification if the letter is not notarized.  If you have legal action pending in court for a scheduled eviction, you must notify this office as well.

**Please note your tenant's lease will expire on** ___07 - 31 - 2023___.
**You can only renew the lease for the registered tenant(s).**
**Lease Renewal will be approved if no occupant has a criminal records and tenant has cured all violations of Rules and Regulations, if any.**

**If you do not return this lease renewal or requested notification of pending court action, a penalty of $150.00 will be imposed monthly for Non-Compliance of the lease renewal policy.**

If you need further assistance or have any questions, please contact Dawn Johnson at 718-320-6031 or Erica DiPaula at 718-320-6046.

M101 — Lease of a Condomini[  ] 5-16

BlumbergExcelsior, Inc., Publisher, NYC 11241
www.blumberg.com

Prepared and ©2016 by Arnold Mandell, Esq.

# LEASE OF A CONDOMINIUM UNIT

The Landlord and Tenant agree to lease the Unit and its accompanying interest in the Common Elements located in the Condominium

Property at: 1470 East ave #1B, Bronx, NY, 10462 ("Condominium Property")

LANDLORD: William Constance
64 metropolitan ave
Bx, NY 10462
Saleh Uddin (pm)

Address for Notices

TENANT: Nasima Akter
1470 East ave, Bx, NY
10462

Unit (and terrace, if any): _____

Garage space (if any): _____

Bank: _____

Spouse/Partner: _____

Children/age(s): _____

Tenant represents neither it nor spouse/partner nor child is identified on the Specifically Designated Nationals and Blocked Persons List of OFAC or an Embargoed Person under the law of the United States.

## Introductory Terms

Lease date: 7/01/2023
Broker, if any: Parkchester Bronx Realty.
Emergency Number Landlord/Agent: _____

Term: 2 Years
beginning 8-1-2023
ending 7-31-2025
Tenant's insurance $ _____

Yearly Rent $39,690.00
Monthly Rent $1,653.15
Security $1500.00
Garage Fee $ _____
Move In Cost $ _____

Declarant of Condominium: _____ (Declarant)

Name of Condominium: _____ Dated: _____, 20_____ (Condominium)

PADV[  ]

## 1. Lease is subject and subordinate

A. This Lease is subject and subordinate to (1) the Plans, By-Laws, Rules and Regulations and Provisions of the Declaration Establishing a Plan for Condominium Ownership of the Premises (the "Declaration") and (2) Powers of Attorney granted to the Board of Managers, leases, agreements, mortgages, renewals, modifications, consolidations, replacements and extensions to which the Declaration or the Unit are presently or may in the future be subject. Tenant shall not perform any act, or fail to perform an act, if the performance or failure to perform would be a violation of or default in the Declaration or a document referred to in (2). Tenant shall not exercise any right or privilege under this Lease, the exercise or performance of which may be a default in or violation of the Declaration or a document referred to in subdivision (B). Tenant must promptly execute any certificate(s) that Landlord requests to show that this Lease is so subject and subordinate. Tenant authorizes Landlord as its attorney in fact to sign each certificate(s) on behalf of Tenant. Tenant acknowledges that Tenant has read and understands the Declaration. Tenant agrees to strictly observe and be bound by all the terms contained in it which apply to the occupant or user of the Unit or a user of the Condominium common areas and facilities. Tenant agrees to strictly observe all of the Rules and Regulations of the Association and Board of Managers.

B. This Lease shall be subject and subordinate at all times to the lien(s) of any mortgage(s), deed(s) of trust, and all other encumbrance(s) now or hereafter covering the Condominium Property and/or Unit and to all renewals, modifications, consolidations, replacements and/or extensions of any of such lien(s).

C. Landlord may borrow money, or request approval or consideration from a lender. The lender may require an agreement for changes in this Lease. Tenant shall immediately sign the agreement, provided it does not change the rent or the Term.

D. Immediately upon request by Landlord, Tenant shall sign a certificate stating the following: (1) This Lease is in full force and unchanged ( or if changed, how it was changed); and (2) Landlord has performed all of the terms of this Lease and Tenant has no claim against Landlord; and (3) Tenant is fully performing all the terms of the

Lease and will continue to do so; and (4) rent and added rent have been paid to date, and (5) there is no default under the Lease or, if a default, specifying the default and attaching notices sent in relation to it. The certificate will be addressed to the parties Landlord chooses.

## 2. Use

A. The Unit must be used in accordance with the Declaration and only as a single family private residence and for no other reason. Only the Tenant signing this Lease, and the named Spouse/Partner and children of that Tenant may use the Unit.

B. PETS: (This paragraph does not apply to service animals covered by American with Disabilities Act (ADA).) Tenant shall not keep or allow pet(s) in the Unit except as follows: number allowed _____ type of pet(s) _____ weight _____

Should the above consent be given, Tenant agrees to arrange for and pay the costs of having the carpets/flooring professionally cleaned, deodorized and treated for fleas, ticks and other vermin at the termination of occupancy. Landlord has the right to pre-approve the carpet cleaning company. Paid receipts for such cleaning and treatment must be given to Landlord. Tenant agrees to assume all liability and responsibility for any damage caused by, or resulting from any act of a pet(s) such as, but not limited to damage to carpets, subflooring and wood floors, screens, glass and frames and landscaping. Tenant must comply with any pet ordinances enacted by the local authorities, homeowners, Condominium, Board of Managers or the Association. Tenant shall not keep any pet in the Unit or Condominium Property if the pet is or becomes vicious or threatening, bites or attacks any person or other pet, or otherwise is or becomes a nuisance. Tenant assumes full risk and liability for the results of any action of a pet.

If Tenant permits or harbors a pet in the Unit without: 1) written permission of Landlord and 2) payment of an additional required deposit, Tenant shall be in violation of the Lease. Tenant agrees to pay, as added rent, per month, per pet, the Pet Fee stated in the Introductory Terms. Tenant shall pay for any damages, physical or otherwise, which were caused by the Pet. If a Pet is permitted in the Unit, Landlord reserves the right to require additional security deposit to be held for balance of the tenancy.

**42. Signatures, Counterparts, Effective D**

This Lease may be executed in counterparts, each of which when executed and delivered shall constitute a complete and original instrument; and all of which when taken together shall constitute one and the same agreement. It shall not be necessary when making proof of this Agreement or any counterpart to account for any other counterpart. Signatures transmitted by email, through scanned or electronically transmitted .pdf, .jpg or .tif files, shall have the same effect as the delivery of original signatures and is binding upon and enforceable against each party as if such scanned documents were an original executed counterpart.

Landlord and Tenant have signed this Lease as of the Lease date stated in the Introductory Terms. The Lease is effective when Landlord delivers to Tenant a copy signed by all parties.

**43. Military Clause:**

In the event Tenant is a member of, or subsequently enlists into, the Army, Navy, Air Force, Marine Corps, Coast Guard or the National Guard under call to active service authorized by the President of the United States or Secretary of Defense for more than 30 consecutive days, for purpose of responding to a national emergency declared by the President and supported by Federal funds, and if Tenant subsequently receives permanent change of station orders or temporary change of station orders for 90 days or more, including release from military service, Tenant may terminate the lease upon delivering written notice to the Landlord with proof of his/her assignment. If a month to month tenancy, termination will be effective 30 days after the first date on which the next rental payment is due and payable after the date on which the notice is received. For any other tenancy, termination is effective on the last day of the month following the month in which the notice is received. The Tenant must pay rent through the end of the month of the effective date of termination. Tenant shall remain responsible to deliver possession of the Unit in the manner and condition required under Article 28.

**44. Lease Binding On:**

This Lease is binding on Landlord and Tenant and their respective heirs, distributees, executors, administrators, successors and lawful assigns. If two or more individuals or entities (or any combination of two or more) sign this Lease as Tenant, the liability of each under this Lease shall be joint and several in all respects.

*New York RPL § 231-a requires one of the following statements in residential leases (check as appropriate).*

☐ There is no operative sprinkler system in the residential leased premises or common areas of the building.

☐ There is an operative sprinkler system in the ☐ residential leased premises, ☐ common areas of the building. The last date of maintenance and inspection of the system was _____ 20___

LANDLORD: _____

TENANT: _____
N·Alten

WITNESS _____

_____

Date of Guaranty: _____

**Absolute and Unconditional Guaranty of Payment and Performance:**

Guarantor and address:

Guarantor represents it is not identified on the Specifically Designated Nationals and Blocked Persons List of OFAC or an Embargoed Person under the law of the United States.

1. **Reason and consideration for guaranty:** I have requested Landlord to enter into the Lease with the Tenant. I know that the Landlord would not rent the Unit to the Tenant unless I unconditionally guarantee Tenant's payment and performance. I have a substantial interest in making sure that the Landlord rents the Unit to the Tenant.
2. **Guaranty:** I guaranty the full and timely payment of each and every monetary obligation(s) and performance of each and every non-monetary obligation(s) of the Tenant under this Lease.
3. This Guaranty includes but is not limited to payment of fees and expenses that may be payable by Tenant under Article 20 G.
4. **Changes in lease have no effect:** This Guaranty will not be affected by any change in the Lease, whatsoever. This includes, but is not limited to, any extension of time or renewals or transfer. The Guaranty will bind me even if I am not a party to these acts or changes.
5. **Waiver of Notice:** I do not have to be informed and specifically waive notice with respect to any matter whatsoever related to the Lease or Tenant including but not limited to any act, omission, negligence or default by Tenant. I waive notice of nonpayment or other default.
6. **Performance:** If the Tenant defaults under the Lease the Landlord may require me to and I agree I must immediately pay and perform even though Landlord has not notified Tenant or demanded that Tenant pay and perform.
7. **Waiver of jury trial and counterclaim:** I give up my right to trial by jury and counterclaim in any claim or proceeding related to the Lease or this Guaranty. I give up any right I may have to consolidate any action or proceeding related to this Guaranty with any other action or proceeding whatsoever.
8. **Changes:** This Guaranty can be changed only by written agreement signed by all parties to the Lease and this Guaranty.
9. **Guarantor Reports:** Landlord shall have the right, and Guarantor authorizes Landlord to obtain reports on the credit worthiness of Guarantor from up to three (3) credit reporting agencies of Landlord's choice. If Guarantor's credit score as stated in a credit report shall be reduced to lower than 750, Landlord shall have the option, on 5 days notice to Guarantor, to require (1) an added Guarantor having a credit score of no less than 750 execute this Guaranty, or (2) Tenant to deposit a further two month's rent as an additional Security deposit. Subject to Landlord's election, the added Guarantor shall cosign this Guaranty (having joint and several liability) or the additional Security deposited within 5 days from Landlord's notice. This Article shall be deemed incorporated into the Lease by reference.

Signatures: WITNESS: _____

GUARANTOR: _____

State of New York, County of _____ } ss.:
Sworn to before me on _____

_____

RIDER TO LEASE DATED: _7/01/2023_

LANDLORD: _William Constance / Salehuddin PM._

TENANT: _N. Akter_

### 45.  RIDER CONTROLS

If any provision of this Rider shall be in conflict with any printed provision of this Lease, the provision of the Rider shall control.

### 46.  MARGIN HEADINGS

The margin headings are intended only for the convenience in finding the subject matter and do not constitute part of the text of this lease.

### 47.  TENANTS COMPLIANCE WITH CONDOMINIUM DOCUMENTS

Supplementing paragraph 1 of the Lease:

a. Tenant acknowledges that the unit is part of the Parkchester South Condominium (the "Condominium") and that the Landlord is bound by the Parkchester South Condominium By-Laws (the "By-Laws") and rules and regulations (including the condominium's right of first refusal of this lease). Tenant agrees that the terms of the By-Laws and the said rules and regulations as between Landlord and the Condominium shall also be applicable to them to the extent that they shall not act (or fail to act) in any way that would constitute a violation of the Landlord's obligation.

b. Tenant shall not do, nor permit or suffer to be done, any act or thing which would result in any obligation, violation, default or liability of Landlord under the documents referred to in subdivision (A) or (B) of paragraph 1.

c. Any act, omission of conduct of Tenant or Tenant's family members, agents, invitees or contractors which constitutes or results in a violation, default or liability by Landlord under any of the documents in subdivision (A) or (B) of paragraph 1 shall likewise be considered a default under this Lease, for which Landlord shall be entitled to exercise any and all rights and remedies available either at law or in equity.

d. Tenant agrees that obligations (other than payment of Common Charges and special assessment) to be performed by Landlord (as unit owner) under the Condominium documents listed in subdivision (A) of paragraph 1 shall be performed by the Tenant unless otherwise expressly provided in this Lease;

48.    RULES AND REGULATIONS OF THE CONDOMINIUM

Supplementing Paragraph 39.

Tenant acknowledges the receipt of the Parkchester South Condominium House Rules (hereinafter, "the House Rules") which are attached to this Lease. Tenant acknowledges and represents that he has reviewed the House Rules and that he understands that these rules are incorporated into this Lease.

49.    TERMINATION OF LEASE BY CONDOMINIUM

Landlord and Tenant acknowledge and agree that pursuant to Article VII Section 1 (b) of the By-Laws, in the event of a default by Tenant in the performance of the terms of this Lease, the Condominium shall have the power to terminate and void this Lease and/or to bring summary proceedings to evict Tenant in the name of the Landlord. Landlord and Tenant further acknowledge and agree that pursuant to Article VII Section 1 (b) of the By-Laws, the Condominium shall have the authority to bring in action to evict Tenant, in the name of the Landlord or in its own name in the event that the Condominium forecloses on the apartment pursuant to Section 339-z of the Real Property Law.

50.    PAYMENT OF RENT TO BOARD OF MANAGERS

Landlord and Tenant acknowledge that this lease is subject to Section 39-kk of the Real Property Law of the State of New York and as such if the Landlord fails to make payments due for common charges, assessments or late fees for this unit within sixty days of the expiration of any grace period after they are due, and upon notice by regular mail to Landlord and Tenant by the Board of Managers, the Board of Managers shall direct the all rental payments from the tenant to be paid directly to the Condominium, Inc. until balances are made current.

51.  SECURITY

Tenant shall deposit with the Landlord one month security in the sum of $ _1500.06_ as security for your full and faithful performance of each and every provision, covenant and condition of the Lease. This security will be held in accordance with Section 7-103 of the General Obligations of the State of New York and will be deposited in _Chase ppm Escrow_

52.  AUTHORIZED OCCUPANTS

The Tenant(s) named herein agree and represent that other than themselves no other persons shall occupy the unit:

LIST TENANTS

Sami Rahman
Nishat Rahman
Saiful Alam

53.  NO SUBSTITUTION OF OCCUPANTS

There shall be no addition or substitution of persons authorized to occupy the unit as specifically set forth herein in paragraph 55 of this Rider, without the Tenant first obtaining prior written authorization for such addition or substitution from Landlord except as provided by New York State or New York City Statute.

54.  ELECTRIC

Landlord is not required to furnish or supply Tenant with electricity. Tenant acknowledges and represents that he/she is aware that it is the intention of the Condominium to convert to direct metering and at such time the cost of electricity shall be borne by Tenant at Tenant's sole cost and expense. It is understood that Tenant shall be responsible to arrange for electric service directly with the utility company that supplies such service upon notice by the Landlord or the Condominium that such direct metering shall take place. After such notice Tenant shall forthwith cause to be billed by and pay directly to the utility company for electrical services.

55. SURVIVAL CLAUSE

If and to the extent that any provision of this Lease shall be deemed unlawful or contrary to public policy, the same shall not be deemed to invalidate or otherwise affect the other provisions thereof.

56. UNIT IS NOT COVERED BY RENT STABILIZATION

Tenant acknowledges and represents that his tenancy is not governed by the Rent Stabilization Law of 1969, subsequent amendments to the same, the Rent Stabilization Code for Rent Stabilized Apartment in New York City adopted by The New York State Division of Housing and Community Renewal, the Rent and Rehabilitation Law and the Rent and Eviction Regulations promulgated hereunder and Tenant shall not have any of the rights granted to Tenants under those Laws, Codes and Regulations, including (without limitation) restrictions on the amount of rent and rent increases, the right to renew the Lease and the right to continued occupancy after expiration of the Lease. Tenant expressly understands and agrees that upon expiration or sooner termination of this Lease in accordance with its terms, Tenant does not have the right to renew the Lease in accordance required to vacate the Unit and remove all of Tenant's furniture, furnishings and personal belongings.

57. NO PETS

Tenant may not maintain, harbor, or keep any pet(s) in the apartment unless Tenant shall have first obtained the written permission of the Landlord and the Condominium.

58. WAIVER OF COUNTERCLAIMS

In the event that any action is commenced against Tenant to recover possession of the apartment, Tenant waives all counterclaims, to the fullest extent permitted by law.

59. REIMBURSEMENT OF LEGAL FEES

In the event that any action is commenced against Tenant as regards to the Tenant's failure to perform any obligation under the Lease, Tenant shall be liable to Landlord (and/or to the Condominium, if the action is brought by the Condominium on behalf of the Landlord) for all Landlord's (or the Condominium's as the case may be) costs associates therewith, including but not limited to, reasonable counsel fee.

A 101 — Lease of a Condominium Unit, 7-19

©2019 by BlumbergExcelsior, Inc., Publisher, NYC 11201
www.blumberg.com

**LEASE RENEWAL**

Prepared and authorized by a duly PARKCHESTER SOUTH CONDOMINIUM

## LEASE OF A CONDOMINIUM UNIT

The Landlord and Tenant agree to lease the Unit and its accompanying interest in the Common Elements located in the Condominium

Property at: 1470 East Avenue # 1B Bronx, NY 10462 _____ ("Condominium Property")

LANDLORD: William Constance _____
1468 Metropolitan Avenue Suite #3, 1st
Floor Bronx, NY 10462 _____

TENANT: Nasima Akter _____
1470 East Avenue # 1B _____
Bronx, NY 10462 _____

Address for Notices

Unit (and terrace, if any): (Saleh Uddin) _____

Spouse/Partner: _____
Children/age(s): _____

Garage space (if any): _____

Bank: _____

Tenant represents neither it nor spouse/partner nor child is identified on the Specifically Designated Nationals and Blocked Persons List of OFAC or an Embargoed Person under the law of the United States.

### Introductory Terms

Lease date: 7/31/2025
Broker, if any: Parkchester Bronx Realty

Term: 2 Years
beginning: 8/01/2025
ending: 7/31/2027
Tenant's insurance $ _____

Yearly Rent $ 21,234.12
Monthly Rent $ 1,769.51
Security $ 1,500.00
Garage Fee $ _____
Move In Cost $ _____

Emergency Number Landlord/Agent: _____

Declarant of Condominium: _____ (Declarant)
Name of Condominium: Parkchester South Condominium _____ Dated: _____, 20___ (Condominium)

**1. Lease is subject and subordinate**

A. This Lease is subject and subordinate to (1) the Plans, By-Laws, Rules and Regulations and Provisions of the Declaration Establishing a Plan for Condominium Ownership of the Premises (the "Declaration") and (2) Powers of Attorney granted to the Board of Managers, leases, agreements, mortgages, renewals, modifications, consolidations, replacements and extensions to which the Declaration or the Unit are presently or may in the future be subject. Tenant shall not perform any act, or fail to perform an act, if the performance or failure to perform would be a violation of or default in the Declaration or a document referred to in (2). Tenant shall not exercise any right or privilege under this Lease, the exercise or performance of which may be a default in or violation of the Declaration or a document referred to in subdivision (B). Tenant must promptly execute any certificate(s) that Landlord requests to show that this Lease is so subject and subordinate. Tenant authorizes Landlord as its attorney in fact to sign each certificate(s) on behalf of Tenant. Tenant acknowledges that Tenant has read and understands the Declaration. Tenant agrees to strictly observe and be bound by all the terms contained in it which apply to the occupant or user of the Unit or a user of the Condominium common areas and facilities. Tenant agrees to strictly observe all of the Rules and Regulations of the Association and Board of Managers.

B. This Lease shall be subject and subordinate at all times to the lien(s) of any mortgage(s), deed(s) of trust, and all other encumbrance(s) now or hereafter covering the Condominium Property and/or Unit and to all renewals, modifications, consolidations, replacements and/or extensions of any of such lien(s).

C. Landlord may borrow money, or request approval or consideration from a lender. The lender may require an agreement for changes in this Lease. Tenant shall immediately sign the agreement, provided it does not change the rent or the Term.

D. Immediately upon request by Landlord, Tenant shall sign a certificate stating the following: (1) This Lease is in full force and unchanged ( or if changed, how it was changed); and (2) Landlord has performed all of the terms of this Lease and Tenant has no claim against

Landlord; and (3) Tenant is fully performing all the terms of the Lease and will continue to do so; and (4) rent and added rent have been paid to date, and (5) there is no default under the Lease or, if a default, specifying the default and attaching notices sent in relation to it. The certificate will be addressed to the parties Landlord chooses.

**2. Use**

A. The Unit must be used in accordance with the Declaration and only as a single family private residence and for no other reason. Only the Tenant signing this Lease, and the named Spouse/Partner and children of that Tenant may use the Unit.

B. PETS: (This paragraph does not apply to service animals covered by American with Disabilities Act (ADA).) Tenant shall not keep or allow pet(s) in the Unit except as follows: number allowed _____

type of pet(s) _____          weight _____

Should the above consent be given, Tenant agrees to arrange for and pay the costs of having the carpets/flooring professionally cleaned, deodorized and treated for fleas, ticks and other vermin at the termination of occupancy. Landlord has the right to pre-approve the carpet cleaning company. Paid receipts for such cleaning and treatment must be given to Landlord. Tenant agrees to assume all liability and responsibility for any damage caused by, or resulting from any act of a pet(s) such as, but not limited to damage to carpets, subflooring and wood floors, screens, glass and frames and landscaping. Tenant must comply with any pet ordinances enacted by the local authorities, homeowners, Condominium, Board of Managers or the Association. Tenant shall not keep any pet in the Unit or Condominium Property if the pet is or becomes vicious or threatening, bites or attacks any person or other pet, or otherwise is or becomes a nuisance. Tenant assumes full risk and liability for the results of any action of a pet.

If Tenant permits or harbors a pet in the Unit without: 1) written permission of Landlord and 2) payment of an additional required deposit, Tenant shall be in violation of the Lease. Tenant agrees to pay, as added rent, per month, per pet, the Pet Fee stated in the Introductory Terms. Tenant shall pay for any damages, physical or otherwise, which were caused by the Pet. If a Pet is permitted in the Unit, Landlord reserves the

right to require additional security deposit to be held for balance of the tenancy.

**3. Rent, added rent**

A. The rent payment for each month must be made on the first day of that month at Landlord's address. Landlord is not required to give notice to pay the rent. Rent must be paid in full and no amount subtracted from it. The first month's rent is to be paid when Tenant signs this Lease. Tenant may be required to pay other charges to Landlord under this Lease. Those charges are called "added rent". Added rent is payable as rent together with the next monthly rent due. If Tenant fails to pay the added rent on time, Landlord shall have the same rights and remedies against Tenant as if Tenant failed to pay rent. The parties specifically agree that a material inducement for Landlord entering into this Lease is Tenant's agreement that payment of the total sum of rent for the entire Term is due and payable on execution of this Lease and that permission for Tenant to pay rent in monthly installments is solely for Tenant's accommodation. If Tenant defaults in payment, Landlord may give five (5) days notice to Tenant informing Tenant that it may no longer pay rent in installments. In that event, the entire rent for the remaining part of the Term shall be immediately due and payable.

B. If any rent, added rent, or any costs or expenses payable to Landlord is in arrears in excess of 5 days from the date due, Tenant shall pay to Landlord as further added rent an amount equal to the Interest Charge on the arrears from the date due to the date payment is received by Landlord.

C. This Lease and the obligation of Tenant to pay rent and perform all of the agreements on the part of Tenant to be performed shall not be affected, impaired or excused, nor shall there be any offset, deduction, apportionment, reduction from, or abatement of rent or added rent for any reason including damage to the Unit or inability to use the Unit or Common Elements.

**4. Failure to give possession:**

Landlord shall not be liable for failure to give Tenant possession of the Unit on the beginning date of the Term. Rent shall be payable as of the beginning of the Term unless Landlord is unable to give possession. Rent shall then be payable as of the date possession is available. Landlord will notify Tenant as to the date possession is available. The ending date of the Term will not change. A sum in the amount stated in the Introductory Terms shall be paid by Tenant to Landlord upon the execution of this Lease for non-refundable Move-In Cost(s).

**5. Security**

Tenant has given Security to Landlord in the amount stated above. The Security has been deposited in the Bank and delivery of this Lease is notice of the deposit. If the Bank is not named in the Introductory Terms, Landlord will notify Tenant of the Bank's name and address in which the Security is deposited.

If Tenant does not pay rent on time, Landlord may use the Security to pay for rent past due. If Tenant fails to perform any other term in this Lease, Landlord may use the Security for payment of money Landlord may spend, costs incurred, and damages Landlord suffers because of Tenant's failure. If the Landlord uses all or part of the Security Tenant shall, upon notice from Landlord, immediately deliver to Landlord an amount equal to the sum used by Landlord. At all times Landlord is to have the amount of Security stated in the Introductory Terms. If Landlord withholds the Security, or any portion of the Security, Landlord shall provide Tenant with both an itemized statement indicating the basis for any amount of the Security retained as well as any remaining portion of the Security to the Tenant, within 14 days after Tenant has vacated the Apartment. If Landlord fails to provide Tenant with this statement and any remaining Security within the 14 days, Landlord shall forfeit any right to retain any portion of the Security.

If Tenant fully performs all terms of this Lease, pays rent on time and leaves the Unit in the condition required under Article 28., on the last day of the Term, Landlord will return to Tenant the Security being held less any amount Landlord may use to put the Unit in good order and repair.

If Landlord sells or leases the Unit, Landlord may give the Security to the buyer or lessee.

In that event Landlord shall be deemed generally released and Tenant will look only to the buyer or lessee for the return of the Security. The Security is for Landlord's use as stated in this Section. Landlord may put the Security in any account permitted by law. If the law states the Security must bear interest, unless the Security is used by Landlord as permitted, Landlord will give Tenant the interest, if and when required by law, less the maximum sum Landlord is allowed to keep for administrative expenses. If the law does not require the Security to bear interest, Tenant will not be entitled to it and if the Security bears interest it shall be deemed added Security. Landlord need not give Tenant interest on the Security if Tenant is not fully performing any term in this Lease. Tenant may not assign or encumber the Security.

**6. Alterations**

Tenant must obtain Landlord's prior written consent to do any installation, improvement, alteration, or repair, including but not limited to installation of any equipment, appliances, fixture, paneling, flooring, decorations, partitions, railings or painting or wallpapering ("Alteration(s)"). Tenant must not do anything that may in any manner affect the plumbing, ventilating, air conditioning, electric or heating systems. If consent is given the Alteration(s) shall become the property of Landlord when completed and paid for by Tenant. The Alteration(s) shall remain as part of the Unit at the end of the Term. Landlord has the right to demand that Tenant remove any Alteration(s) before the end of the Term. The demand shall be by notice to Tenant at least ten (10) days before the end of the Term. Tenant shall comply with Landlord's demand at Tenant's own cost. Landlord is not required to do or pay for any work unless specifically stated in this Lease.

If any lien is filed against the Unit or Condominium Property or Alteration(s) for Tenant's failure to fully pay for an Alteration (a "Lien"), Tenant must immediately discharge, pay or bond the amount stated in the Lien. If Tenant fails to do so within ten (10) days after Tenant is given notice of the Lien Landlord may discharge, pay or bond the Lien. Landlord's costs and fees related to discharge, payment or bonding of the Lien shall be payable under this Lease as added rent.

**7. Repairs**

Tenant must take good care of the Unit and the appliances, equipment and fixtures in it and all Alterations. Tenant must, at Tenant's cost, promptly make all repairs and replacements to the Unit, the appliances, equipment and fixtures and Alterations whenever the need occurs. If Tenant fails to promptly make a necessary repair or replacement, Landlord may do it on Tenant's behalf. Landlord's cost and expense in making the repair(s) and replacements(s) will be payable by Tenant as added rent. Subject to Tenant's obligations under this Lease, Landlord will notify the Association with respect to a repair of any damage to the Unit (to the extent that the Association is obligated to perform the repair under the terms of the Declaration or other agreement). Tenant is required to make all repairs caused in whole or in part by the act, omission, default or negligence of Tenant, or Tenant's licensees, invitees, guests, contractors or agents. Tenant must give Landlord prompt notice of repairs or replacements it plans or is required to make.

**8. Fire, accident, defects, damage**

Tenant must give Landlord prompt notice of fire, accident, damage, or dangerous or defective condition. If the entire Unit cannot be used because of fire or other casualty, Tenant is not required to pay rent for the time the Unit remains unusable. If part of the Unit cannot be used, Tenant must pay rent for the usable part. Landlord shall have the right to reasonably decide that part of the Unit which is usable. Landlord's sole obligation with respect to repair(s) or replacement(s) is to arrange with the Association to make the repairs it is obligated for, if any, under the Declaration or other written agreement. Landlord is not required to make or pay for any repair or replacement for any reason. Landlord is not responsible for delays due to settlement of insurance claims, obtaining estimates, labor or supply problems or any other cause.

## LEASE/COMMENCEMENT OF OCCUPANCY NOTICE FOR PREVENTION OF LEAD-BASED PAINT HAZARDS — INQUIRY REGARDING CHILD

You are required by law to inform the owner if a child under six years of age resides or will reside in the dwelling unit (apartment) for which you are signing this lease/commencing occupancy. If such a child resides or will reside in the unit, the owner of the building is required to perform an annual visual inspection of the unit to determine the presence of lead-based paint hazards. **IT IS IMPORTANT THAT YOU RETURN THIS FORM TO THE OWNER OR MANAGING AGENT OF YOUR BUILDING TO PROTECT THE HEALTH OF YOUR CHILD.** If you do not respond to this notice, the owner is required to attempt to inspect your apartment to determine if a child under six years of age resides there.

If a child under six years of age does not reside in the unit now, but does come to live in it at any time during the year, you must inform the owner in writing immediately. If a child under six years of age resides in the unit, you should also inform the owner immediately at the address below if you notice any peeling paint or deteriorated subsurfaces in the unit during the year.

Please complete this form and return one copy to the owner or his or her agent or representative when you sign the lease/commence occupancy of the unit. Keep one copy of this form for your records. You should also receive a copy of a pamphlet developed by the New York City Department of Health and Mental Hygiene explaining about lead-based paint hazards when you sign your lease/commence occupancy.

CHECK ONE:        ☐ A child under six years of age resides in the unit.

                 ☐ A child under six years of age does not reside in the unit.

_____N·Alden_____ (Occupant signature)

Print occupant's name, address and apartment number: 1470 East Ave
Bronx NY 10462  Nasima #1R

(NOT APPLICABLE TO RENEWAL LEASE) Certification by owner: I certify that I have complied with the provisions of §27-2056.8 of Article 14 of the Housing Maintenance Code and the rules promulgated thereunder relating to duties to be performed in vacant units, and that I have provided a copy of the New York City Department of Health and Mental Hygiene pamphlet concerning lead-based paint hazards to the occupant.

_____ PM__ (Owner signature)

RETURN THIS FORM TO: _____

OCCUPANT: KEEP ONE COPY FOR YOUR RECORDS
OWNER COPY/OCCUPANT COPY

### Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards

**Lead Warning Statement**

*Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.*

**Lessor's Disclosure**

(a)  Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

    (i) _____ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

_____

_____

    (ii) _____ Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b)  Records and reports available to the lessor  (check (i) or (ii) below):

    (i) _____ Lessor has provided the lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

_____

_____

    (ii) _____ Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Lessee's Acknowledgment (initial)**

(c)  __NA__ Lessee has received copies of all information listed above.

(d)  __NA__ Lessee has received the pamphlet *Protect Your Family from Lead in Your Home*.

**Agent's Acknowledgment (initial)**

(e)  _____ Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852(d) and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | | | |
|---|---|---|---|
| _____(m) 8/10/23_____ | | _____ | |
| Lessor            Date | | Lessor          Date | |
| N. Akter   07/27-23 | | _____ | |
| Lessee           Date | | Lessee          Date |
| _____ | | _____ | |
| Agent            Date | | Agent          Date | |

APPENDIX A



# WINDOW GUARDS REQUIRED

## Lease Notice to Tenant

THE CITY OF NEW YORK
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Michael R. Bloomberg    Thomas R. Frieden, MD, MPH
Mayor                   Commissioner

You are required by law to have window guards installed in all windows
if a child 10 years of age or younger lives in your apartment.

Your landlord is required by law to install window guards in your apartment:
  If a child 10 years of age or younger lives in your apartment,
                              OR
  If you ask him to install window guards at any time (you need not give a reason).

It is a violation of law to refuse, interfere with installation, or remove window guards where required.

CHECK ONE

☐ CHILDREN 10 YEARS OF AGE OR
   YOUNGER LIVE IN MY APARTMENT

☒ NO CHILDREN 10 YEARS OF AGE OR
   YOUNGER LIVE IN MY APARTMENT

☐ I WANT WINDOW GUARDS EVEN THOUGH
   I HAVE NO CHILDREN 10 YEARS OF AGE
   OR YOUNGER

Nasima Akter
Tenant (Print)

N. Akter                          7-27-2023
Tenant's Signature:               Date

1470 East ave                     1B
Tenant's Address                  Apt No.

RETURN THIS FORM TO:

_____
Owner/Manager

_____
Owner/Manager's Address

**For Further Information Call:**
Window Falls Prevention (212) 676-2162

WA-018 (Rev. 11/02)







PROPERTY MANAGEMENT

# Parkchester Property Management, Inc.

64 Metropolitan Oval, STE-13, Bronx, NY 10462  Tel: 718-514-9030  Fax: 718-514-9031

www.ParkchesterPropertyManagement.com

Date: August 24.2023

## TO WHOM IT MAY CONCERN:

I am  Saleh Uddin  property  manager hereby certifying that  Nasima Akter is living in our condo located at address 1470 East Ave . Apt#1B. Bronx. NY 10462 . I authorize to add her spouse name to occupancy.

### Occupancy:
Saiful Alam
DOB: 04/01/1979

If you  need further information please contact us at the phone number  718-514-9030

Thank you.

Sincerely.

Saleh Uddin
Property Team Manager

Enclosed:  ID , SS card and $75 Money order

**-Property Management in Excellence -**
Located at  Top of  Burger King - Oval Office



Parkchester South Condominium
Resident Information Form

Date: 07-01-2023   Bldg # / Apt # ___1B___

Address of Unit: 1470 East ave.

Tenant #1 Nasima Akter   Social Security # 849.25.3393
(Lease Holder)
Email Address: _____

Tenant #2 _____   Social Security # _____
(Lease Holder)
Email Address: _____

Home Telephone # _____

Tenant #1 Current Business Name, Address and Telephone # _____

Tenant #2 Current Business Name, Address and Telephone # _____

### Information Regarding Occupants of Apartment
Occupants of Apartment Other Than Immediate Family Have No Legal Rights to Apartment

Name             Saiful Alam
Relationship     Husbend
Date of Birth    4/01/1979
Social Security # 715 69 8/25

Name             Sami Rahan
Relationship     daughter
Date of Birth    8.08.2010
Social Security #

Name             Nisathat Rahman
Relationship     daughter
Date of Birth    02.01.2009
Social Security #              190.43.7004

Name
Relationship
Date of Birth

Emergency contact

Saiful Alam
Frudend

phone: 314670 1224

**42. Signatures, Counterparts, Effective Date:**

This Lease may be executed in counterparts, each of which when executed and delivered shall constitute a complete and original instrument; and all of which when taken together shall constitute one and the same agreement. It shall not be necessary when making proof of this Agreement or any counterpart to account for any other counterpart. Signatures transmitted by email, through scanned or electronically transmitted .pdf, .jpg or .tif files, shall have the same effect as the delivery of original signatures and is binding upon and enforceable against each party as if such scanned documents were an original executed counterpart.

Landlord and Tenant have signed this Lease as of the Lease date stated in the Introductory Terms. The Lease is effective when Landlord delivers to Tenant a copy signed by all parties.

**43. Military Clause:**

In the event Tenant is a member of, or subsequently enlists into, the Army, Navy, Air Force, Marine Corps, Coast Guard or the National Guard under call to active service authorized by the President of the United States or Secretary of Defense for more than 30 consecutive days, for purpose of responding to a national emergency declared by the President and supported by Federal funds, and if Tenant subsequently receives permanent change of station orders or temporary change of station orders for 90 days or more, including release from military service, Tenant may terminate the lease upon delivering written notice to the Landlord with proof of his/her assignment. If a month to month tenancy, termination will be effective 30 days after the first date on which the next rental payment is due and payable after the date on which the notice is received. For any other tenancy, termination is effective on the last day of the month following the month in which the notice is received. The Tenant must pay rent through the end of the month of the effective date of termination. Tenant shall remain responsible to deliver possession of the Unit in the manner and condition required under Article 28.

**44. Lease Binding On:**

This Lease is binding on Landlord and Tenant and their respective heirs, distributees, executors, administrators, successors and lawful assigns. If two or more individuals or entities (or any combination of two or more) sign this Lease as Tenant, the liability of each under this Lease shall be joint and several in all respects.

*New York RPL § 231-a requires one of the following statements in residential leases (check as appropriate).*

☐ There is no operative sprinkler system in the residential leased premises or common areas of the building.

☐ There is an operative sprinkler system in the ☐ residential leased premises, ☐ common areas of the building. The last date of maintenance and inspection of the system was _____ 20____

LANDLORD: _____ (PM)    TENANT: N. Aliken _____

WITNESS _____

**Absolute and Unconditional Guaranty of Payment and Performance:**    Date of Guaranty: _____

Guarantor and address:

Guarantor represents it is not identified on the Specifically Designated Nationals and Blocked Persons List of OFAC or an Embargoed Person under the law of the United States.

1. **Reason and consideration for guaranty:** I have requested Landlord to enter into the Lease with the Tenant. I know that the Landlord would not rent the Unit to the Tenant unless I unconditionally guarantee Tenant's payment and performance. I have a substantial interest in making sure that the Landlord rents the Unit to the Tenant.
2. **Guaranty:** I guaranty the full and timely payment of each and every monetary obligation(s) and performance of each and every non-monetary obligation(s) of the Tenant under this Lease.
3. This Guaranty includes but is not limited to payment of fees and expenses that may be payable by Tenant under Article 20 G.
4. **Changes in lease have no effect:** This Guaranty will not be affected by any change in the Lease, whatsoever. This includes, but is not limited to, any extension of time or renewals or transfer. The Guaranty will bind me even if I am not a party to these acts or changes.
5. **Waiver of Notice:** I do not have to be informed and specifically waive notice with respect to any matter whatsoever related to the Lease or Tenant including but not limited to any act, omission, negligence or default by Tenant. I waive notice of nonpayment or other default.
6. **Performance:** If the Tenant defaults under the Lease the Landlord may require me to and I agree I must immediately pay and perform even though Landlord has not notified Tenant or demanded that Tenant pay and perform.
7. **Waiver of jury trial and counterclaim:** I give up my right to trial by jury and counterclaim in any claim or proceeding related to the Lease or this Guaranty. I give up any right I may have to consolidate any action or proceeding related to this Guaranty with any other action or proceeding whatsoever.
8. **Changes:** This Guaranty can be changed only by written agreement signed by all parties to the Lease and this Guaranty.
9. **Guarantor Reports:** Landlord shall have the right, and Guarantor authorizes Landlord to obtain reports on the credit worthiness of Guarantor from up to three (3) credit reporting agencies of Landlord's choice. If Guarantor's credit score as stated in a credit report shall be reduced to lower than 750, Landlord shall have the option, on 5 days notice to Guarantor, to require (1) an added Guarantor having a credit score of no less than 750 execute this Guaranty, or (2) Tenant to deposit a further two month's rent as an additional Security deposit. Subject to Landlord's election, the added Guarantor shall cosign this Guaranty (having joint and several liability) or the additional Security deposited within 5 days from Landlord's notice. This Article shall be deemed incorporated into the Lease by reference.

Signatures: WITNESS: _____    GUARANTOR: _____

State of New York, County of _____    } ss.:
Sworn to before me on _____

**Parkchester South Condominium**
**Resident Information Form**

Date: 7/17/2025      Bldg # Apt #    1B

Address of Unit: 1470 East Avenue

Tenant #1 Nasima Akter (Please Print) 1B    Social Security # 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

Email Address: nasima_akter@yahoo.com

Tenant #2 _____ (Please Print)    Social Security # _____

Email Address: _____

Home Telephone # _____

Tenant #1 Current Business Name, Address and Telephone # _____

Tenant #2 Current Business Name, Address and Telephone # _____

**Information Regarding Occupants of Apartment**
**Occupants of Apartment Other Than Immediate Family Have No Legal Rights to Apartment**

Name    Nasima Akter
Relationship    Self
Date of Birth    10/25/1982
Social Security #    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

Name    Safiul Alam
Relationship    Husband
Date of Birth    01/01/1979
Social Security #    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

Name    Nishat Rahman
Relationship    daughter
Date of Birth    02/01/2007
Social Security #    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

Name    Sami Rahman
Relationship    Son
Date of Birth    06/08/2010
Social Security #    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

**Emergency Contact**

Name    Safiul Alam
Relationship    husband
Address    1470 East Avenue # 1B
Telephone #    (347) 414-0709 / (914) 670-1224

I have today been given a copy of the Rules & Regulations of the Parkchester South Condominium. I agree on behalf of those now living in my apartment to abide by the Rules & Regulations of the Condominium.

N. Akter                                    07-17-2025
Signature of Tenant #1                    Date

_____                        _____
Signature of Tenant #2                    Date



## CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 28, 2023 through December 27, 2023
Account Number    000000259592883

NASIMA AKTER
OR SAI UL ALAM
1470 EAST AVE APT 1B
BRONX NY 10462-7504



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center | 1-800-935-9935 |
| Para Español | 1-877-312-4273 |
| International Calls | 1-713-262-1679 |

We accept operator relay calls

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $2,711.10 |
| Deposits and Additions | 2,975.99 |
| ATM & Debit Card Withdrawals | -45.00 |
| Electronic Withdrawals | -4,340.73 |
| Ending Balance | $1,301.36 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/01 | Nulifeofjo416082 Payroll | PPD ID: 117909770C | $335.84 |
| 12/01 | 1320 Hutchinson  Payroll | PPD ID: 9009545415 | 314.48 |
| 12/08 | 1320 Hutchinson  Payroll | PPD ID: 9009545416 | 315.02 |
| 12/08 | Nulifeofjo416082 Payroll | PPD ID: 117909770C | 309.74 |
| 12/13 | Online Transfer From Sav ... 9083 Transaction# 19280786915 | | 400.00 |
| 12/15 | Nulifeofjo416082 Payroll | PPD ID: 117909770C | 377.36 |
| 12/15 | 1320 Hutchinson  Payroll | PPD ID: 9009545416 | 268.43 |
| 12/22 | Nulifeofjo416082 Payroll | PPD ID: 117909770C | 373.50 |
| 12/22 | 1320 Hutchinson  Payroll | PPD ID: 9009545416 | 281.62 |
| **Total Deposits and Additions** | | | **$2,975.99** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/08 | Payment Sent | 12/08 Cash App*Nasima Akter' 800-9691940 CA Card 8626 | $10.00 |
| 12/18 | Payment Sent | 12/17 Cash App*Nasima Akter' 800-9691940 CA Card 8626 | 10.00 |
| 12/26 | Payment Sent | 12/24 Cash App*Nasima Akter' 800-9691940 CA Card 8626 | 25.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$45.00** |



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/30 | Con Ed of NY    Cecony    38904330008    CCD ID: 2462467002 | $6.98 |
| 12/04 | Parkchester Prop 65783-9573 / 18-939-8505    Web ID: 3201463633 | 1,655.75 |
| 12/08 | Zelle Payment To Tara Food Inc 19236737895 | 600.00 |
| 12/08 | American Express ACH Pmt    A7438    Web ID: 9493560001 | 1,578.00 |
| 12/13 | Zelle Payment To Mohammad 19280362773 | 500.00 |
| **Total Electronic Withdrawals** | | **$4,340.73** |

A Monthly Service Fee was not charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

* Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow℠ network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
(Your total electronic deposits this period were $3,145.42. Note: some deposits may be listed on your previous statement)

* OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.
(Your lowest beginning day balance was $35.45)

* OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
(Your average beginning day balance of qualifying linked deposits and investments was $1,993.52)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

   * Your name and account number;
   * A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
   * The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For business accounts see your deposit account agreement or other applicable agreements that govern your account for details.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS  Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



**CHASE**

JPMorgan Chase Bank, N.A.
P.O. Box 182051
Columbus, OH 43218 - 2051

January 29, 2026 through February 26, 2026

Account Number     000000259592883



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center | 1-800-935-9935 |
| Para Espanol | 1-877-312-4273 |
| International Calls | 1-713-262-1679 |

We accept operator relay calls

0292825 DRE 802 219 03826 NNNNNNNNNN  1 000000000 18 0000

NASIMA AKTER
OR SAIFUL ALAM
1470 EAST AVE APT 18
BRONX NY 10462-7504

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $680.15 |
| Deposits and Additions | 1,489.85 |
| Electronic Withdrawals | 2,132.51 |
| Ending Balance | $37.49 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/30 | Nulifeoljo416082 Payroll | PPD ID: 1179037709 | $739.85 |
| 02/03 | Zelle Payment From Tara Food Inc. 27034667087 | | 500.00 |
| 02/17 | Zelle Payment From Tara Food Inc. 28089436425 | | 250.00 |
| **Total Deposits and Additions** | | | **$1,489.85** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/03 | Chase Credit Crd Autopay | PPD ID: 4760039224 | $111.00 |
| 02/05 | Parkchester Prop Funding   718-989-8505   Web ID: 3201463633 | | 1,771.51 |
| 02/17 | Zelle Payment To Nasima Jpm09C5V4J7K | | 250.00 |
| **Total Electronic Withdrawals** | | | **$2,132.51** |

A Monthly Service Fee was not charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period:

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment or FedNow℠ network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.
  (Your total electronic deposits this period were $1,479.51  Note: some deposits may be listed on your previous statement)

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.

- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For business accounts, our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

 **CapitalOne** | **QUICKSILVER**

Page 1 of 3
Quicksilver Credit Card | World Elite Mastercard ending in 2940
Mar 23, 2024 - Apr 21, 2024 | 30 days in Billing Cycle

## Payment Information

May 16, 2024

For online and phone payments, the deadline is 8pm ET.

New Balance
$5,160.99

Minimum Payment Due
$312.23

LATE PAYMENT WARNING: If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $39.00.

MINIMUM PAYMENT WARNING: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 21 Years | $16,521 |

If you would like information about credit counseling services, call 1-848-326-8655.

## Account Summary

| | |
|---|---|
| Previous Balance | $100.23 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Transactions | + $4,900.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $39.00 |
| Interest Charged | + $121.76 |
| New Balance | = $5,160.99 |
| Credit Limit | $5,000.00 |
| Available Credit (as of Apr 21, 2024) | $0.00 |
| Cash Advance Credit Limit | $1,500.00 |
| Available Credit for Cash Advances | $0.00 |

### Rewards Summary — Rewards as of 04/19/2024

| Rewards Balance $277.00 | Track and redeem your rewards with our mobile app or on capitalone.com |
|---|---|

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| $203.50 | $73.50 | $0.00 |

## Account Notifications

Please check page 3 of this statement for your Account Notifications.

Pay or manage your account at capitalone.com        Customer Service 1-800-227-4825        See reverse for Important Information

 **CapitalOne**

NASIMA AKTER
APT 1B
1470 EAST AVE
BRONX, NY 10462-7504

Payment Due Date: May 16, 2024        Account ending in 2940

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $5,160.99 | $312.23 | $ |

Please send us this portion of your statement and only one check or one money order payable to Capital One to ensure your payment is received promptly. Allow at least seven business days for delivery.

 Save time, stay informed. Discover new features with the Capital One Mobile app.

Scan this QR Code with your phone's camera to download the top-rated Capital One Mobile app.

Capital One
P.O. Box 4069
Carol Stream IL 60197-4069

1  515676896026294 0  21  5160995598880312235

*How can I Avoid Paying Interest Charges?* If you pay your New Balance in full by the due date each month, we will not charge interest on new transactions that post to the purchase balance. If you have been paying in full without Interest Charges, but fail to pay your next New Balance in full, we will charge interest on the unpaid balance. Interest Charges on Cash Advances and Special Transfers start on the transaction date. Promotional offers may allow you to pay less than the total New Balance and avoid paying interest on new transactions that post to your purchase balance. See the front of your statement for additional information.

*How is the Interest Charge Determined?* Interest Charges accrue from the date of the transaction, date the transaction is processed or the first day of the Billing Cycle. Interest accrues daily on every unpaid amount until it is paid in full. Interest accrued during a Billing Cycle posts to your account at the end of the Billing Cycle and appears on your next statement. You may owe Interest Charges even if you pay the entire New Balance one month but did not do so the prior month. Once you start accruing Interest Charges, you generally must pay your New Balance in full for two consecutive Billing Cycles before Interest Charges stop being posted to your Statement. Interest Charges are added to the corresponding segment of your account.

*Do you assess a Minimum Interest Charge?* We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

*How do you Calculate the Interest Charge?* We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your purchase statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, the calculation may vary slightly from the Interest Charge actually assessed.

*How can I Avoid Membership Fees?* If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service fewer than 40 days after the annual membership fee was assessed to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

*How can I Close My Account?* You can contact Customer Service anytime to request that we close your account.

*How do you Process Payments?* When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

*How do you Apply My Payment?* We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

*Billing Rights Summary (Does not Apply to Small Business Accounts)*
*What To Do If You Think You Find A Mistake On Your Statement* If you think there is an error on your statement, write to us at
P.O. Box 30285, Salt Lake City, UT 84130-0285.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

*Your Rights If You Are Dissatisfied With Your Purchase:* If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:
1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2023 Capital One. Capital One is a federally registered service mark.

CTC-05 07/13/2023

Pay online at capitalone.com

Pay using the Capital One mobile app

Customer Service 1-800-227-4825

## Changing your mailing address?

You can change your address by signing into your account online or by calling Customer Service.

Any written request on this form will not be honored.

*How do I Make Payments?* You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

When will you Credit My Payment?

- For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
- For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



Page 2 of 3
Quicksilver Credit Card I World Elite Mastercard ending in 2940
Mar 23, 2024 - Apr 21, 2024 | 30 days in Billing Cycle

## Transactions

Visit capitalone.com to see detailed transactions.

NASIMA AKTER #2940: Payments, Credits and Adjustments

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|

NASIMA AKTER #2940: Transactions

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|

SAIFUL ALAM #1178: Payments, Credits and Adjustments

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|

SAIFUL ALAM #1178: Transactions

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Mar 21 | Mar 23 | INTRO CASH & CARRYOUT EGE POINTRY | $4,900.00 |
| SAIFUL ALAM #1178: Total Transactions | | | $4,900.00 |

| Total Transactions for This Period | $4,900.00 |
|---|---|

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| Apr 16 | Apr 16 | PAST DUE FEE | $39.00 |
| Total Fees for This Period | | | $39.00 |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $121.76 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| Total Interest for This Period | $121.76 |

## Totals Year-to-Date

| | |
|---|---|
| Total Fees charged | $117.00 |
| Total Interest charged | $482.21 |

Additional Information on the next page



Page 3 of 3
Quicksilver Credit Card | World Elite Mastercard ending in 2940
(Mar 23, 2024 - Apr 21, 2024 | 30 days in Billing Cycle)

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---|
| Purchases | 29.24% P | $5,066.57 | $121.76 |
| Cash Advances | 29.24% P | $0.00 | $0.00 |

Variable APRs: If you have a letter code displayed next to any of the above APRs, this means they are variable APRs. They may increase or decrease based on one of the following indices (reported in the Wall Street Journal) as described below.

| Code next to your APR(s) | How do we calculate your APR(s)? | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle |
| F | 1 month LIBOR + margin | |

## Account Notifications

(i) [illegible]

(i) [illegible]

(i) New York residents may contact the New York State Department of Financial Services to obtain a comparative listing of credit card rates, fees, and grace periods. Contact the New York State Department of Financial Services: 1-877-226-5697 or www.dfs.ny.gov.

(i) You were assessed a past due fee because your minimum payment was not received by the due date. To avoid this fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach Capital One.

(i) You can find changes to your Rewards program by logging into your account and navigating to the Rewards FAQ section.

(i) Please note that at Capital One, we typically report credit card accounts as late to the credit bureaus after they are more than 30 days past due. If we haven't received your minimum payment by your statement due date, then your account may be reported as late.

(i) Your account is past due. If you'd like to redeem your rewards, log in to your account or call the number on the back of your card. If you miss additional payments, your account may permanently close.

### Protect yourself from scams.

[illegible]

www.capitalone.com/stopscams

 QUICKSILVER

Quicksilver Credit Card | World Elite Mastercard ending in 2940
Dec 23, 2025 - Jan 22, 2026 | 31 days in Billing Cycle

## Payment Information

Payment Due Date

### Feb 16, 2026

For online and phone payments, the deadline is 12 midnight ET, except on the statement closing date when the deadline is 8 p.m. ET.

Upcoming statement closing date: February 19, 2026

New Balance

### $3,305.90

Minimum Payment Due

### $184.00

LATE PAYMENT WARNING: If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $39.00.

MINIMUM PAYMENT WARNING: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 17 Years | $9,076 |

If you would like information about credit counseling services, call 888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $7,400.34 |
| Payments | - $4,246.00 |
| Other Credits | $0.00 |
| Transactions | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $151.56 |
| New Balance | = $3,305.90 |
| Credit Limit | $5,000.00 |
| Available Credit (as of Jan 22, 2026) | $1,694.10 |
| Cash Advance Credit Limit | $1,500.00 |
| Available Credit for Cash Advances | $1,500.00 |

## Rewards Summary     Rewards as of: 01/22/2026

Rewards Balance
$36.61

Track and redeem your rewards with our mobile app or on capitalone.com

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| $36.61 | $0.00 | $0.00 |

## Account Notifications

Please check page 3 of this statement for your Account Notifications.

Pay or manage your account at capitalone.com        Customer Service 800-227-4825        See reverse for Important Information



NASIMA AKTER
APT 1B
1470 EAST AVE
BRONX, NY 10462-7804

creditwise

Information about your credit score on 30 days please and say

"Hey Siri/Google, check my credit score on CreditWise"



Alternatively, scan this QR code to login or sign up for CreditWise.

Payment Due Date: Feb 16, 2026          Account ending in 2940

New Balance          Minimum Payment Due          Amount Enclosed
$3,305.90            $184.00                      $

Capital One
PO Box 981600
Boston, MA 02298-1600

Please send us this portion of your statement and only one check or one money order payable to Capital One because your payment is processed promptly. Allow at least seven business days for delivery.

1  5156768960262940  22  330590150000184008

  QUICKSILVER

Quicksilver Credit Card | World Elite Mastercard ending in 2940
Dec 23, 2025 - Jan 22, 2026   ( 31 days in Billing Cycle

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---|
| Purchases | 27.49% P | $6,491.01 | $151.56 |
| Cash Advances | 27.49% P | $0.00 | $0.00 |

Variable APRs: If you have a letter code displayed next to any of the above APRs, this means they are variable APRs. They may increase or decrease based on one of the following indices (reported in The Wall Street Journal) as described below.

| Code next to your APR(s) | How do we calculate your APR(s)? | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle |
| F | 1 month LIBOR + margin | |

## Account Notifications

ⓘ   New York residents may contact the New York State Department of Financial Services to obtain a comparative listing of credit card rates, fees, and grace periods. Contact the New York State Department of Financial Services: 1-877-226-5697 or www.dfs.ny.gov.

ⓘ   Please visit capitalone.com for your most current Rewards Program Terms and Conditions. You can also find changes to your Rewards by logging into your account and navigating to the Rewards FAQ section.

ⓘ   You are enrolled in AutoPay. You've selected to pay the minimum amount due, which will be debited from your bank account on your Scheduled Payment Date. If your payment is more than your current balance, we will only debit the current balance.

 **Protect yourself from scams.**
When dealing with unexpected contacts from people, businesses, or social networking sites, always use caution.

www.capitalone.com/stopscams


The Official Health Plan Marketplace

1 2 XX 0.068    ##
SAIFUL ALAM
1470 East Ave Apt 1B
Bronx, NY 10462-7504

August 20, 2025
Account ID: AC0004962675

# IMPORTANT NOTICE
## ABOUT YOUR PLAN ENROLLMENT

Dear SAIFUL ALAM,

This notice concerns your health insurance through NY State of Health as of August 19, 2025.

**If any of the enrollment information listed below is not correct, please call us right away.**

---

| **ENROLLED IN AN ESSENTIAL PLAN:** | Plan Name: Essential Plan 200-250<br>Insurance Company: MetroPlus Health Plan<br>Plan Type: Medical with Dental and Vision |
|---|---|
| **Member(s)** | **Coverage Information** |
| SAIFUL ALAM<br>**Marketplace ID:** HX0006445633 | Your Premium: $0 (free) per month<br>Enrollment Start Date: August 01, 2025 |

---

| **ENROLLED IN AN ESSENTIAL PLAN:** | Plan Name: Essential Plan 200-250<br>Insurance Company: MetroPlus Health Plan<br>Plan Type: Medical with Dental and Vision |
|---|---|

---

**Call NY State of Health at 1-855-355-5777 (TTY: 1-800-662-1220) to get help in other languages or for help reading this notice. This notice is also available in other formats. Call for more information. To find a navigator or certified application assistant near you, visit https://www.nystateofhealth.ny.gov or call us.**

**Member(s)**                    **Coverage Information**

NASIMA AKTER                     Your Premium: $0 (free) per month
**Marketplace ID:** HX0001736246   Enrollment Start Date: August 01, 2025

---

For questions about what services and health care providers are covered, please call your insurance
company at:

**Insurance Company / Plan Name**             **Phone:**
MetroPlus Health Plan / Essential Plan 200-250   1-855-809-4073 TTY: 711

## Information About Ending or Changing Your Coverage through NY State of Health

### Ending Your Coverage

You can end your coverage through NY State of Health at any time. You can end coverage through NY
State of Health for yourself, for everybody in your household or just for some household members. Call
NY State of Health at 1-855-355-5777 to learn more about ending your coverage.

### Important Things to Consider When Ending Your Coverage:

o  Ending Your Qualified Health Plan: If you end coverage for you or another person, you may not
   re-enroll until the next annual Open Enrollment period. This rule does not apply if you qualify for
   a Special Enrollment period (SEP). Life events that open an SEP include getting married or
   having a baby. For more information about SEPs, visit
   http://info.nystateofhealth.ny.gov/SpecialEnrollmentPeriods.

   **IMPORTANT:** When you end coverage with one plan and start a new one in the same year, all
   of your cost-sharing responsibilities start over. For example, any payments that went toward the
   annual deductible for your old plan will not apply to the new plan. This is true even if the new
   plan is with the same company.

o  Ending Your Medicaid, Child Health Plus, Essential Plan, or Qualified Health Plan: You will no
   longer be able to access services after your coverage ends.

**Please Note:** Changing your coverage is different than ending your coverage. If you want to switch
plans and do not want to make any other changes to your account, call NY State of Health to find out if
you are eligible to switch plans and to pick a different plan. Enrollment in Child Health Plus and the
Essential Plan can be changed at any time during the year.

If anything has changed in your life that might affect how you are covered and what you pay for health
insurance, you must go to http://www.nystateofhealth.ny.gov. Log into your account to update your
application with any changes about you or your household members. The types of changes that may
affect your eligibility can be found in section, "Reporting changes during the year," of this notice.

## Reporting Changes during the year

Over the next year, you are obligated to report to NY State of Health any changes that would affect
your eligibility for enrollment in health insurance within 30 days of such a change. You need to tell us if:

New York State Of Health (NYSoH)
P.O. Box 11775
Albany, NY 12211


NASIMA AKTER
1470 EAST AVE APT 1B
BRONX, NY 10462

Form 1095-B (2025)

# Instructions for Recipient

This Form 1095-B provides information about the individuals in your tax family (yourself, spouse, and dependents) who had certain health coverage (referred to as "minimum essential coverage") for some or all months during the year. Minimum essential coverage includes government-sponsored programs, eligible employer-sponsored plans, individual market plans, and other coverage the Department of Health and Human Services designates as minimum essential coverage.

If individuals in your tax family are eligible for certain types of minimum essential coverage, you may not be eligible for the premium tax credit. For more information on the premium tax credit, see Pub. 974, Premium Tax Credit (PTC).

 *Providers of minimum essential coverage are required to furnish only one Form 1095-B for all individuals whose coverage is reported on that form. As the recipient of this Form 1095-B, you should provide a copy to other individuals covered under the policy if they request it for their records.*

**Additional Information.** For additional information about the tax provisions of the Affordable Care Act (ACA) and the premium tax credit, see *www.irs.gov/ACA* or call the IRS Healthcare Hotline for ACA questions (800-919-0452).

**Part I. Responsible Individual, lines 1–9.** Part I reports information about you and the coverage.

**Lines 2 and 3.** Line 2 reports your social security number (SSN) or other taxpayer identification number (TIN), if applicable. For your protection, this form may show only the last four digits. However, the coverage provider is required to report your complete SSN or other TIN, if applicable, to the IRS. Your date of birth will be entered on line 3 only if line 2 is blank.

**Line 8.** This is the code for the type of coverage in which you or other covered individuals were enrolled. Only one letter will be entered on this line.

   **A.** Small Business Health Options Program (SHOP)

   **B.** Employer-sponsored coverage

   **C.** Government-sponsored program

   **D.** Individual market insurance

   **E.** Multiemployer plan

   **F.** Other designated minimum essential coverage

   **G.** Individual coverage health reimbursement arrangement (HRA)

 *If you or another family member received health insurance coverage through a Health Insurance Marketplace (also known as an Exchange), that coverage will generally be reported on a Form 1095-A rather than a Form 1095-B. If you or another family member received employer-sponsored coverage, that coverage may be reported on a Form 1095-C (Part III) rather than a Form 1095-B. For more information, see www.irs.gov/Affordable-Care-Act/Questions-and-Answers-about-Health-Care-Information-Forms-for-Individuals.*

**Line 9.** Reserved.

**Part II. Information about Certain Employer-Sponsored Coverage, lines 10–15.** If you had employer-sponsored health coverage, this part may provide information about the employer sponsoring the coverage. This part may show only the last four digits of the employer's EIN. This part may also be left blank, even if you had employer-sponsored health coverage. If this part is blank, you do not need to fill in the information or return it to your employer or other coverage provider.

**Part III. Issuer or Other Coverage Provider, lines 16–22.** This part reports information about the coverage provider (insurance company, employer providing self-insured coverage, government agency sponsoring coverage under a government program such as Medicaid or Medicare, or other coverage sponsor). Line 18 reports a telephone number for the coverage provider that you can call if you have questions about the information reported on the form.

**Part IV. Covered Individuals, lines 23–28.** This part reports the name, SSN or other TIN, and coverage information for each covered individual. A date of birth will be entered in column (c) only if the SSN or other TIN is not entered in column (b). Column (d) will be checked if the individual was covered for at least one day in every month of the year. For individuals who were covered for some but not all months, information will be entered in column (e) indicating the months for which these individuals were covered. If there are more than six covered individuals, see Part IV, Continuation Sheet(s), for information about the additional covered individuals.

# Form 1095-B

**Department of the Treasury**
**Internal Revenue Service**

# Health Coverage

Do not attach to your tax return. Keep for your records.
Go to *www.irs.gov/Form1095B* for instructions and the latest information.

☐ VOID
☐ CORRECTED

OMB No. 1545-2252

**2025**

## Part I  Responsible Individual

| | | |
|---|---|---|
| 1 Name of responsible individual–First name, middle name, last name<br>NASIMA  AKTER | 2 Social security number (SSN) or other TIN<br>XXX-XX-3393 | 3 Date of birth (if SSN or other TIN is not available) |
| 4 Street address (including apartment no.)<br>1470 EAST AVE APT 1B | 5 City or town<br>BRONX | 6 State or province<br>NY | 7 Country and ZIP or foreign postal code<br>10462 |

8 Enter letter identifying Origin of the Health Coverage (see instructions for codes): . . . . . . **C**

9 Reserved

## Part II  Information About Certain Employer-Sponsored Coverage (see instructions)

| | |
|---|---|
| 10 Employer name | 11 Employer identification number (EIN) |
| 12 Street address (including room or suite no.) | 13 City or town | 14 State or province | 15 Country and ZIP or foreign postal code |

## Part III  Issuer or Other Coverage Provider (see instructions)

| | | |
|---|---|---|
| 16 Name<br>NEW YORK STATE DEPARTMENT OF HEALTH | 17 Employer identification number (EIN)<br>14-6013200 | 18 Contact telephone number<br>(855) 766-7860 |
| 19 Street address (including room or suite no.)<br>110 STATE STREET | 20 City or town<br>ALBANY | 21 State or province<br>NY | 22 Country and ZIP or foreign postal code<br>12236 |

## Part IV  Covered Individuals (Enter the information for each covered individual.)

| (a) Name of covered individual(s)<br>First name, middle initial, last name | (b) SSN or other TIN | (c) DOB (if SSN or other TIN is not available) | (d) Covered all 12 months | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 NASIMA  AKTER | XXX-XX-3393 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☒ | ☒ | ☒ | ☒ |
| 24 | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 25 | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 26 | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 27 | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 28 | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Cat. No. 60704B

Form **1095-B** (2025) Created 9/24/25

```
New York State Of Health (NYSoH)
P.O. Box 11775
Albany, NY 12211



SAIFUL ALAM
1470 EAST AVE APT 1B
BRONX, NY 10462
```

Form 1095-B (2025)

# Instructions for Recipient

This Form 1095-B provides information about the individuals in your tax family (yourself, spouse, and dependents) who had certain health coverage (referred to as "minimum essential coverage") for some or all months during the year. Minimum essential coverage includes government-sponsored programs, eligible employer-sponsored plans, individual market plans, and other coverage the Department of Health and Human Services designates as minimum essential coverage.

If individuals in your tax family are eligible for certain types of minimum essential coverage, you may not be eligible for the premium tax credit. For more information on the premium tax credit, see Pub. 974, Premium Tax Credit (PTC).

 *Providers of minimum essential coverage are required to furnish only one Form 1095-B for all individuals whose coverage is reported on that form. As the recipient of this Form 1095-B, you should provide a copy to other individuals covered under the policy if they request it for their records.*

**Additional Information.** For additional information about the tax provisions of the Affordable Care Act (ACA) and the premium tax credit, see *www.irs.gov/ACA* or call the IRS Healthcare Hotline for ACA questions (800-919-0452).

**Part I. Responsible Individual, lines 1–9.** Part I reports information about you and the coverage.

**Lines 2 and 3.** Line 2 reports your social security number (SSN) or other taxpayer identification number (TIN), if applicable. For your protection, this form may show only the last four digits. However, the coverage provider is required to report your complete SSN or other TIN, if applicable, to the IRS. Your date of birth will be entered on line 3 only if line 2 is blank.

**Line 8.** This is the code for the type of coverage in which you or other covered individuals were enrolled. Only one letter will be entered on this line.

- **A.** Small Business Health Options Program (SHOP)
- **B.** Employer-sponsored coverage
- **C.** Government-sponsored program
- **D.** Individual market insurance
- **E.** Multiemployer plan
- **F.** Other designated minimum essential coverage
- **G.** Individual coverage health reimbursement arrangement (HRA)

 *If you or another family member received health insurance coverage through a Health Insurance Marketplace (also known as an Exchange), that coverage will generally be reported on a Form 1095-A rather than a Form 1095-B. If you or another family member received employer-sponsored coverage, that coverage may be reported on a Form 1095-C (Part III) rather than a Form 1095-B. For more information, see www.irs.gov/Affordable-Care-Act/Questions-and-Answers-about-Health-Care-Information-Forms-for-Individuals.*

**Line 9.** Reserved.

**Part II. Information about Certain Employer-Sponsored Coverage, lines 10–15.** If you had employer-sponsored health coverage, this part may provide information about the employer sponsoring the coverage. This part may show only the last four digits of the employer's EIN. This part may also be left blank, even if you had employer-sponsored health coverage. If this part is blank, you do not need to fill in the information or return it to your employer or other coverage provider.

**Part III. Issuer or Other Coverage Provider, lines 16–22.** This part reports information about the coverage provider (insurance company, employer providing self-insured coverage, government agency sponsoring coverage under a government program such as Medicaid or Medicare, or other coverage sponsor). **Line 18 reports a telephone number for the coverage provider that you can call if you have questions about the information reported on the form.**

**Part IV. Covered Individuals, lines 23–28.** This part reports the name, SSN or other TIN, and coverage information for each covered individual. A date of birth will be entered in column (c) only if the SSN or other TIN is not entered in column (b). Column (d) will be checked if the individual was covered for at least one day in every month of the year. For individuals who were covered for some but not all months, information will be entered in column (e) indicating the months for which these individuals were covered. If there are more than six covered individuals, see Part IV, Continuation Sheet(s), for information about the additional covered individuals.

 **conEdison**



| Current balance due | Pay By |
|---|---|
| **$45.82** | **11/06/23** |

**NASIMA AKTER**
Account: 38904-33000-8   Prior Account: 30-2063-7960-0005-0

Service delivered to: 1470 EAST AVE APT 1B
Next Billing Date: Thursday, November 9, 2023

## Your bill breakdown                                     $

### Last billing period

Your billing summary as of Oct 12, 2023
Your previous charges and payments

| | |
|---|---|
| Total charges from your last bill | $40.29 |
| Payments through Oct 11 | None |
| **Balance from previous bill** | **$40.29** |

### Your new charges

Billing period: Sep 13, 2023 to Oct 12, 2023

| | |
|---|---|
| Budget billing amount | $48.00 |
| Adjustments | -$42.47 |
| **Total from this billing period** | **$5.53** |
| **Total amount due** | **$45.82** |

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by **Nov 06, 2023.**

## Your average daily electric usage

**2.41 kWh**



### Messages For You

📢 Please check your bill and note your new account number. For your convenience, your prior account number is also provided. Learn more at: conEd.com/NewCustomerServiceSystem. If you use Bill Pay directly through your bank's website, inform them of your new 11-digit account number.

📢 **12 MONTH BUDGET BILLING PLAN**

| Month | Budget Billed To Date | Actual Billed To Date | Difference Amount |
|---|---|---|---|
| 1 | $48.00 | $40.36 | -$7.64 |

📢 **ADJUSTMENT INFORMATION**

The "Adjustments" amount includes an Energy Affordability Program Credit of -$42.47.

📢 Do you depend on electric powered Life Support Equipment, such as a respirators (iron lung), apnea monitors (infant monitor), or hemodialysis equipment (kidney machine)? Please let us know so we can contact you in case of an emergency or power outage. Visit coned.com/LifeSupportEquipment  or call: 1-800-752-6633.

Questions?  Contact Us: 🖵 **conEd.com/ContactUs** ✆ **1-800-752-6633 Or 1-212-243-1900**

015990 CEB3NS11 021227 0000001000

 **conEdison**   PO BOX 1702
NEW YORK, NY 10116-1702

**Account number: 38904-33000-8**

| Pay By 11/06/23 | **$45.82** |
|---|---|
| Amount Enclosed | |

## Your Energy Bill

☐ **Enroll In Auto Pay**

Please make checks payable to **Con Edison.**



6015990 01 AV   0.495 01  TR 00639 CEB3NS11 0000001000
NASIMA AKTER
SAIFUL ALAM
1470 EAST AVE APT 1B
BRONX NY 10462-7504

**conEdison**
PO BOX 1702
NEW YORK, NY 10116-1702

M79

0020  38904330008   90000004800   30000004582

0023939




conEdison


Current balance due
**-$2.89**

**NASIMA AKTER**
Account: 38904-33000-8    Prior Account: 30-2063-7960-0005-0

Service delivered to: 1470 EAST AVE APT 1B
Next Billing Date: Friday, January 12, 2024

## Your bill breakdown                                        $

### Last billing period

Your billing summary as of Dec 14, 2023
Your previous charges and payments
Total charges from your last bill                          $6.98
Payments through Dec 13, thank you                        -$6.98

Balance from previous bill                                  None

### Your new charges

Billing period: Nov 09, 2023 to Dec 13, 2023
Budget billing amount                                     $48.00
Adjustments                                              -$50.89
**Total from this billing period**                        **-$2.89**

## Total amount due                                         **-$2.89**

## Your average daily electric usage

**2.15 kWh**

Messages For You

📣 Please check your bill and note your new account number. For your convenience, your prior account number is also provided. Learn more at: conEd.com/NewCustomerServiceSystem. If you use Bill Pay directly through your bank's website, inform them of your new 11-digit account number.

📣 To save on energy and heating costs with energy efficiency solutions, visit conEd.com/Savings.

📣 12 MONTH BUDGET BILLING PLAN

| Month | Budget Billed To Date | Actual Billed To Date | Difference Amount |
|---|---|---|---|
| 3 | $144.00 | $126.68 | -$17.32 |

Questions?  Contact Us: 💬 conEd.com/ContactUs  📞 1-800-752-6633 Or 1-212-243-1900


conEdison    PO BOX 1702
NEW YORK, NY 10116-1702

# Your Energy Bill

0010156 01 AV    0.498 01  TR 00020 CEBVNS11 0000010000
NASIMA AKTER
SAIFUL ALAM
1470 EAST AVE APT 1B
BRONX NY 10462-7504

Account number:  38904-33000-8

**None**

Amount Enclosed

☐ Enroll In Auto Pay

Please make checks payable to **Con Edison.**

conEdison
PO BOX 1702
NEW YORK, NY 10116-1702

M97

0018617

0020  38904330008  90000004800  00000000000




 conEdison



**Current balance due**

**-$419.77**

NASIMA AKTER

Account: 38904-33000-8   Prior Account: 30-2063-7960-0005-0

Service delivered to: 1470 EAST AVE APT 1B

Next Billing Date: Wednesday, November 12, 2025

## Your bill breakdown                                      $

### Last billing period

**Your billing summary as of Oct 15, 2025**

Your previous charges and payments

| | |
|---|---|
| Total charges from your last bill | -$444.29 |
| Payments through Oct 14 | None |
| **Credit applied** | **-$444.29** |

### Your new charges

Billing period: Sep 12, 2025 to Oct 14, 2025

| | |
|---|---|
| Budget billing amount | $46.00 |
| Adjustments | $15.29 |
| EAP electric non-heating discount | -$36.77 |
| **Total from this billing period** | **$24.52** |

## Total amount due                          -$419.77

## Your average daily electric usage       💡



2.28 kWh

---

### Messages For You

📢 **12 MONTH BUDGET BILLING PLAN**

| Month | Budget Billed To Date | Actual Billed To Date | Difference Amount |
|---|---|---|---|
| 1 | $46.00 | $47.99 | $1.99 |

📢 Starting this month we are beginning a new 12-month plan for which your monthly payment will be $46.00.

📢 **ADJUSTMENT INFORMATION**

The "Your new charges" section of the bill includes an Energy Affordability Program credit of -$36.77.

📢 Do you depend on electric powered Life Support Equipment, such as a respirator (iron lung), apnea monitors (infant monitor), or hemodialysis equipment (kidney machine)? Please let us know so we can contact you in case of an emergency or power outage. Visit coned.com/LifeSupportEquipment or call: 1-800-752-6633.

📢 To save on energy and heating costs with energy efficiency solutions, visit conEd.com/Savings.

Questions? Contact Us: 💬 **conEd.com/ContactUs** ☎ **1-800-752-6633 Or 1-212-243-1900**

---

 conEdison   PO BOX 1702
NEW YORK, NY 10116-1702

**Account number: 38904-33000-8**

## Your Energy Bill

| | |
|---|---|
| | **None** |
| Amount Enclosed | |

☐ **Enroll In Auto Pay**

Please make checks payable to **Con Edison.**

>009828 7290583 0001 8525 1OZ          00126420
NASIMA AKTER                           MSP  39
SAIFUL ALAM
1470 EAST AVE APT 1B
BRONX NY 10462-7504

conEdison
PO BOX 1702
NEW YORK, NY 10116-1702

0020  38904330008  30000004600  00000000000

 0019166

 conEdison

**Current balance due**

# -$361.85

**NASIMA AKTER**
Account: 38904-33000-8   Prior Account: 30-2063-7960-0005-0

Service delivered to: 1470 EAST AVE APT 1B
Next Billing Date: Tuesday, March 17, 2026

## Your bill breakdown                                    $

### Last billing period

**Your billing summary as of Feb 17, 2026**
Your previous charges and payments
Total charges from your last bill                -$374.36
Payments through Feb 16                              None

**Credit applied**                                -$374.36

### Your new charges

Billing period: Jan 14, 2026 to Feb 13, 2026
Budget billing amount                              $46.00
Adjustments                                         -$0.02
EAP electric non-heating discount                 -$33.47
**Total from this billing period**                 $12.51

## Total amount due                              -$361.85

## Your average daily electric usage



**2.07 kWh**

### Messages For You

**12 MONTH BUDGET BILLING PLAN**

| Month | Budget Billed To Date | Actual Billed To Date | Difference Amount |
|-------|----------------------|----------------------|-------------------|
| 5 | $230.00 | $231.27 | $1.27 |

**ADJUSTMENT INFORMATION**

The "Your new charges" section of the bill includes an Energy Affordability Program credit of -$33.47.

The Adjustments amount on this bill includes a Statewide Solar for All/REACH credit of -$0.02.

To save on energy and heating costs with energy efficiency solutions, visit conEd.com/Savings.

**YOUR DOLLAR FOR ENERGYSHARE CAN MAKE A DIFFERENCE**
EnergyShare helps eligible residential customers struggling to pay their bills with a grant of up to $300. Pay the total amount of this bill and exactly $1.00 more, and that dollar will go towards the EnergyShare fund. Con Edison will match each contribution.

Questions? Contact Us: conEd.com/ContactUs  1-800-752-6633 Or 1-212-243-1900

---

 conEdison   PO BOX 1702
NEW YORK, NY 10116-1702

**Account number: 38904-33000-8**

# Your Energy Bill

| None |

>003414 4745794 0001 8525 1OZ          00116525
NASIMA AKTER                            MSP  16
SAIFUL ALAM
1470 EAST AVE APT 1B
BRONX NY 10462-7504

Amount
Enclosed

☐ **Enroll in Auto Pay**

Please make checks payable to **Con Edison.**

conEdison
PO BOX 1702
NEW YORK, NY 10116-1702

0020   38904330008   30000004600   00000000000

 0019045

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

Request Date:      03-24-2026
Response Date:     03-24-2026
Tracking Number:   110061093461

Form Number:                                      1040
Report for Tax Period Ending:                12-31-2025
Taxpayer Identification Number:           XXX-XX-3393

Spouse Taxpayer Identification Number:    XXX-XX-8725
NASI AKTE & SAIF ALA
1470 E

### --- Any minus sign shown below signifies a credit amount ---

Account balance:                             $0.00
Accrued interest:                            $0.00    As of:    03-23-2026
Accrued penalty:                             $0.00    As of:    03-23-2026
Account balance plus accruals (this is not a payoff
  amount):                                   $0.00

### ** Information from the return or as adjusted **

Exemptions:                                                            02
Filing status:                                       Married Filing Joint
Adjusted gross income:                                        $93,359.00
Taxable income:                                               $57,864.00
Tax per return:                                                $6,468.00
SE taxable income taxpayer:                                        $0.00
SE taxable income spouse:                                          $0.00
Total self employment tax:                                        $0.00
Return due date or return received date (whichever is later):  04-15-2026
Processing date:                                              00-00-0000

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed<br>16221-450-48933-6 | 20260805 | 00-00-0000 | $6,468.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2026 | -$2,992.00 |

This Product Contains Sensitive Taxpayer Data


# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

| | |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

| | |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2024 |
| Taxpayer Identification Number: | XXX-XX-3393 |
| Spouse Taxpayer Identification Number: | XXX-XX-8725 |

NASI AKTE & SALF ALA
1470 E

### --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.72 | As of: | 03-23-2026 |
| Accrued penalty: | $0.00 | As of: | 03-23-2026 |
| Account balance plus accruals (this is not a payoff amount): | $0.72 | | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 02 |
| Filing status: | Married Filing Joint |
| Adjusted gross income: | $102,722.00 |
| Taxable income: | $73,522.00 |
| Tax per return: | $8,359.00 |
| SE taxable income taxpayer: | $0.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $0.00 |
| Return due date or return received date (whichever is later): | 04-15-2025 |
| Processing date: | 06-02-2025 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>16211-454-49500-5 | 20250905 | 06-02-2025 | $8,359.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2025 | -$3,096.00 |
| 170 | Penalty for not pre-paying tax<br>06-02-2035 | 20252005 | 06-02-2025 | $222.00 |
| 276 | Penalty for late payment of tax | 20252005 | 06-02-2025 | $52.63 |
| 196 | Interest charged for late payment | 20252005 | 06-02-2025 | $48.67 |
| 971 | Notice issued<br>CP 0014 | | 06-02-2025 | $0.00 |
| 971 | Installment agreement established | | 05-17-2025 | $0.00 |
| 670 | Payment<br>00 | | 09-15-2025 | -$685.43 |
| 670 | Payment<br>00 | | 10-15-2025 | -$1,100.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 670 | Payment 00 | | 11-18-2025 | -$1,100.00 |
| 670 | Payment 00 | | 12-15-2025 | -$1,100.00 |
| 670 | Payment 00 | | 01-15-2026 | -$1,100.00 |
| 670 | Payment 00 | | 02-17-2026 | -$770.82 |
| 196 | Interest charged for late payment | 20260705 | 03-09-2026 | $197.57 |
| 276 | Penalty for late payment of tax | 20260705 | 03-09-2026 | $72.38 |
| 971 | No longer in installment agreement status | | 03-09-2026 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
#### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

| | |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

Form Number:                                                                1040
Report for Tax Period Ending:                                        12-31-2023
Taxpayer Identification Number:                                    XXX-XX-3393

Spouse Taxpayer Identification Number:
NASI AKTE & SAIF AIA                                                   XXX-XX-8725
1470 E

### --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.00 | As of: | 01-19-2026 |
| Accrued penalty: | $0.00 | As of: | 01-19-2026 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 03 |
| Filing status: | Married Filing Joint |
| Adjusted gross income: | $113,730.00 |
| Taxable income: | $86,030.00 |
| Tax per return: | $7,883.00 |
| SE taxable income taxpayer: | $0.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $0.00 |
| Return due date or return received date (whichever is later): | 04-15-2024 |
| Processing date: | 06-03-2024 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>16221-476-39994-4 | 20241205 | 06-03-2024 | $7,883.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2024 | -$1,308.00 |
| 610 | Payment with return<br>00 | | 04-15-2024 | -$1,500.00 |
| 170 | Penalty for not pre-paying tax<br>06-03-2024 | 20242005 | 06-03-2024 | $98.00 |
| 276 | Penalty for late payment of tax | 20242905 | 06-03-2024 | $50.75 |
| 196 | Interest charged for late payment | 20242005 | 06-03-2024 | $54.64 |
| 971 | Notice issued<br>CP 0014 | | 06-03-2024 | $0.00 |
| 971 | Installment agreement established | | 04-25-2024 | $0.00 |
| 277 | Reduced or removed penalty for late payment of tax | | 06-10-2024 | -$12.69 |
| 666 | Estimated tax transferred in | | 09-05-2024 | -$1,075.00 |
| 971 | Installment agreement established | | 03-19-2025 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 670 | Payment 00 | | 05-15-2025 | -$1,100.00 |
| 662 | Removed estimated tax payment 55 20250131 XXX-XX-3393 | | 09-05-2024 | $107.00 |
| 670 | Payment 00 | | 06-16-2025 | -$1,100.00 |
| 670 | Payment 00 | | 07-15-2025 | -$1,100.00 |
| 670 | Payment 00 | | 08-15-2025 | -$1,100.00 |
| 276 | Penalty for late payment of tax | 20253405 | 09-08-2025 | $102.30 |
| 670 | Payment 00 | | 09-15-2025 | -$414.57 |
| 196 | Interest charged for late payment | 20253805 | 10-06-2025 | $382.04 |
| 276 | Penalty for late payment of tax | 20253805 | 10-06-2025 | $32.53 |
| 971 | No longer in installment agreement status | | 10-06-2025 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# Form 1040

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return

2024    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20 _____    See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| NASIMA | AKTER | 849 25 3393 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| SAIFUL | ALAM | 715 69 8725 |

Home address (number and street). If you have a P.O. box, see instructions.    1470 EAST AVE    Apt. no. 1B

City, town, or post office. If you have a foreign address, also complete spaces below.    BRONX    State NY    ZIP code 10462

Foreign country name _____    Foreign province/state/county _____    Foreign postal code _____

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960 ☐ Are blind    Spouse: ☐ Was born before January 2, 1960 ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | **1a** 56,556. |
| b | Household employee wages not reported on Form(s) W-2 | **1b** |
| c | Tip income not reported on line 1a (see instructions) | **1c** |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | **1d** |
| e | Taxable dependent care benefits from Form 2441, line 26 | **1e** |
| f | Employer-provided adoption benefits from Form 8839, line 29 | **1f** |
| g | Wages from Form 8919, line 6 | **1g** |
| h | Other earned income (see instructions) | **1h** 0. |
| i | Nontaxable combat pay election (see instructions) _____ 1i _____ | |
| z | Add lines 1a through 1h | **1z** 56,556. |

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | b Taxable interest | **2b** |
| 3a | Qualified dividends | 3a | b Ordinary dividends | **3b** |
| 4a | IRA distributions | 4a | b Taxable amount | **4b** |
| 5a | Pensions and annuities | 5a | b Taxable amount | **5b** |
| 6a | Social security benefits | 6a | b Taxable amount | **6b** |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |

**Standard Deduction for—**
• Single or Married filing separately, $14,600
• Married filing jointly or Qualifying surviving spouse, $29,200
• Head of household, $21,900
• If you checked any box under Standard Deduction, see instructions.

| | | |
|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | **7** -2,999. |
| 8 | Additional income from Schedule 1, line 10 | **8** 49,165. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | **9** 102,722. |
| 10 | Adjustments to income from Schedule 1, line 26 | **10** |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | **11** 102,722. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | **12** 29,200. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | **13** |
| 14 | Add lines 12 and 13 | **14** 29,200. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | **15** 73,522. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2024)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. 01

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

NASIMA AKTER & SAIFUL ALAM

Your social security number

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

For 2024, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal items sold at a loss . . . . . . . . . . . . . . . . . . . . .

Note: The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the nature of the transaction. See *www.irs.gov/1099k*.

## Part I  Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . . | 1 | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . | 2a | |
| b | Date of original divorce or separation agreement (see instructions): _____ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 5 | 49,165. |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . | 6 | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . | 7 | |
| 8 | Other income: | | |

| | | | | |
|---|---|---|---|---|
| a | Net operating loss . . . . . . . . . . . | 8a | ( ) | |
| b | Gambling . . . . . . . . . . . | 8b | | |
| c | Cancellation of debt . . . . . . . . . | 8c | | |
| d | Foreign earned income exclusion from Form 2555 . . . | 8d | ( ) | |
| e | Income from Form 8853 . . . . . . . . | 8e | | |
| f | Income from Form 8889 . . . . . . . . | 8f | | |
| g | Alaska Permanent Fund dividends . . . . . . | 8g | | |
| h | Jury duty pay . . . . . . . . . . . | 8h | | |
| i | Prizes and awards . . . . . . . . . . | 8i | | |
| j | Activity not engaged in for profit income . . . . | 8j | | |
| k | Stock options . . . . . . . . . . . | 8k | | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . | 8l | | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) . | 8m | | |
| n | Section 951(a) inclusion (see instructions) . . . . . | 8n | | |
| o | Section 951A(a) inclusion (see instructions) . . . . . | 8o | | |
| p | Section 461(l) excess business loss adjustment . . . . | 8p | | |
| q | Taxable distributions from an ABLE account (see instructions) . . . | 8q | | |
| r | Scholarship and fellowship grants not reported on Form W-2 . . . . | 8r | | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d . . . . . . . . . . . . . . . | 8s | ( ) | |
| t | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan . . . . . . . . . . | 8t | | |
| u | Wages earned while incarcerated . . . . . . . . | 8u | | |
| v | Digital assets received as ordinary income not reported elsewhere. See instructions . . . . . . . . . . . . . . . . | 8v | | |
| z | Other income. List type and amount: _____ | 8z | | |

| | | | |
|---|---|---|---|
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . . | 9 | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . . . . . . . | 10 | 49,165. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2024

REV 02/04/25 PRO

**NEW YORK STATE 2024**

artment of Taxation and Finance

# Summary of W-2 Statements

New York State • New York City • Yonkers

## IT-2

Do not detach or separate the W-2 Records below. File Form IT-2 as an entire page with your return. See instructions on page 2.

## W-2 Record 1

**Box c Employer's information**

Employer's name

1320 HUTCHINSON DONUTS LLC

Employer's address (number and street)

68 CULVER RD STE 150

| City | State | ZIP code | Country |
|---|---|---|---|
| MONMOUTH JUNCTION | NJ | 08852 | |

**Box a Employee's Social Security number for this W-2 Record**

849253393

**Box b Employer identification number (EIN)**

831106051

| | | Code | | | Description |
|---|---|---|---|---|---|
| Box 1 Wages, tips, other compensation 2043.00 | Box 12a Amount .00 | | Box 14a Amount 4.00 | | NY SDI |
| Box 8 Allocated tips .00 | Box 12b Amount .00 | | Box 14b Amount 8.00 | | NYPFL |
| Box 10 Dependent care benefits .00 | Box 12c Amount .00 | | Box 14c Amount .00 | | |
| Box 11 Nonqualified plans .00 | Box 12d Amount .00 | | Box 14d Amount .00 | | |

Box 13 Statutory employee ☐    Retirement plan ☐    Third party sick pay ☐

Corrected (W-2c) ☐

NY State information:    **Box 15a** NY State  NY

**Box 16a** NYS wages, tips, etc.  2043.00

**Box 17a** NYS income tax withheld  23.00

Other state information:    **Box 15b** other state ☐

**Box 16b** Other state wages, tips, etc.  .00

**Box 17b** Other state income tax withheld  .00

NYC and Yonkers information (see instr.):

| | Box 18 Local wages, tips, etc. | | Box 19 Local income tax withheld | | Box 20 Locality name |
|---|---|---|---|---|---|
| Locality a | 2043.00 | Locality a | 19.00 | Locality a | NYC |
| Locality b | .00 | Locality b | .00 | Locality b | |

---

Do not detach.

## W-2 Record 2

**Box c Employer's information**

Employer's name

Employer's address (number and street)

| City | State | ZIP code | Country |
|---|---|---|---|
| | | | |

**Box a Employee's Social Security number for this W-2 Record**

**Box b Employer identification number (EIN)**

| | | Code | | | Description |
|---|---|---|---|---|---|
| Box 1 Wages, tips, other compensation .00 | Box 12a Amount .00 | | Box 14a Amount .00 | | |
| Box 8 Allocated tips .00 | Box 12b Amount .00 | | Box 14b Amount .00 | | |
| Box 10 Dependent care benefits .00 | Box 12c Amount .00 | | Box 14c Amount .00 | | |
| Box 11 Nonqualified plans .00 | Box 12d Amount .00 | | Box 14d Amount .00 | | |

Box 13 Statutory employee ☐    Retirement plan ☐    Third-party sick pay ☐

Corrected (W-2c) ☐

NY State information:    **Box 15a** NY State  NY

**Box 16a** NYS wages, tips, etc.  .00

**Box 17a** NYS income tax withheld  .00

Other state information:    **Box 15b** other state ☐

**Box 16b** Other state wages, tips, etc.  .00

**Box 17b** Other state income tax withheld  .00

NYC and Yonkers information (see instr.):

| | Box 18 Local wages, tips, etc. | | Box 19 Local income tax withheld | | Box 20 Locality name |
|---|---|---|---|---|---|
| Locality a | .00 | Locality a | .00 | Locality a | |
| Locality b | .00 | Locality b | .00 | Locality b | |



102001243555



# Form 1040

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**

**2023**    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____, 20___    See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| NASIMA | AKTER | 849 25 3393 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| SAIFUL | ALAM | 715 69 8725 |

Home address (number and street). If you have a P.O. box, see instructions. **1470 EAST AVE**    Apt. no. **1B**

City, town, or post office. If you have a foreign address, also complete spaces below. **BRONX**    State **NY**    ZIP code **10462**

Foreign country name _____    Foreign province/state/county _____    Foreign postal code _____

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You   ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)    ☐ Yes   ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1959   ☐ Are blind   Spouse: ☐ Was born before January 2, 1959   ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| SAMI    RAHMAN | 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 | Son | ☒ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 68,514. |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | 0. |
| i | Nontaxable combat pay election (see instructions) ... 1i | | |
| z | Add lines 1a through 1h | 1z | 68,514. |

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b |

**Standard Deduction for—**
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | -2,475. |
| 8 | Additional income from Schedule 1, line 10 | 8 | 47,691. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 113,730. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 113,730. |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 27,700. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 27,700. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 86,030. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2023)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
NASIMA AKTER & SAIFUL ALAM

Your social security number
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

## Part I    Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | **1** | |
| 2a | Alimony received | **2a** | |
| b | Date of original divorce or separation agreement (see instructions): | | |
| 3 | Business income or (loss). Attach Schedule C | **3** | |
| 4 | Other gains or (losses). Attach Form 4797 | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **5** | 47,691. |
| 6 | Farm income or (loss). Attach Schedule F | **6** | |
| 7 | Unemployment compensation | **7** | |
| 8 | Other income: | | |

| | | | |
|---|---|---|---|
| a | Net operating loss | **8a** | ( ) |
| b | Gambling | **8b** | |
| c | Cancellation of debt | **8c** | |
| d | Foreign earned income exclusion from Form 2555 | **8d** | ( ) |
| e | Income from Form 8853 | **8e** | |
| f | Income from Form 8889 | **8f** | |
| g | Alaska Permanent Fund dividends | **8g** | |
| h | Jury duty pay | **8h** | |
| i | Prizes and awards | **8i** | |
| j | Activity not engaged in for profit income | **8j** | |
| k | Stock options | **8k** | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | **8l** | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | **8m** | |
| n | Section 951(a) inclusion (see instructions) | **8n** | |
| o | Section 951A(a) inclusion (see instructions) | **8o** | |
| p | Section 461(l) excess business loss adjustment | **8p** | |
| q | Taxable distributions from an ABLE account (see instructions) | **8q** | |
| r | Scholarship and fellowship grants not reported on Form W-2 | **8r** | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | **8s** | ( ) |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | **8t** | |
| u | Wages earned while incarcerated | **8u** | |
| z | Other income. List type and amount: | **8z** | |

| | | | |
|---|---|---|---|
| 9 | Total other income. Add lines 8a through 8z | **9** | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | **10** | 47,691. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2023



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

| | |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

| | |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2022 |
| Taxpayer Identification Number: | XXX-XX-8725 |

SAIF ALA
1470 E

### --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.00 | As of: | 01-13-2025 |
| Accrued penalty: | $0.00 | As of: | 01-13-2025 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $10,986.00 |
| Taxable income: | $0.00 |
| Tax per return: | $1,589.00 |
| SE taxable income taxpayer: | $10,385.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $1,589.00 |
| Return due date or return received date (whichever is later): | 04-15-2023 |
| Processing date: | 05-08-2023 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 16211-472-28712-3 | 20231105 | 05-08-2023 | $1,589.00 |
| 610 | Payment with return 00 | | 04-15-2023 | -$1,190.00 |
| 768 | Earned income credit | | 04-15-2023 | -$421.00 |
| 170 | Penalty for not pre-paying tax 05-08-2033 | 20231604 | 05-08-2023 | $22.00 |

This Product Contains Sensitive Taxpayer Data

 Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

|  |  |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

|  |  |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2023 |
| Taxpayer Identification Number: | XXX-XX-3393 |
| Spouse Taxpayer Identification Number: | XXX-XX-8725 |

NASI AKTE & SAIF ALA
1470 E

**--- Any minus sign shown below signifies a credit amount ---**

|  |  |  |  |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.00 | As of: | 01-19-2026 |
| Accrued penalty: | $0.00 | As of: | 01-19-2026 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | | |

**\*\* Information from the return or as adjusted \*\***

|  |  |
|---|---|
| Exemptions: | 03 |
| Filing status: | Married Filing Joint |
| Adjusted gross income: | $113,730.00 |
| Taxable income: | $86,030.00 |
| Tax per return: | $7,883.00 |
| SE taxable income taxpayer: | $0.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $0.00 |
| Return due date or return received date (whichever is later): | 04-15-2024 |
| Processing date: | 06-03-2024 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 16221-476-39994-4 | 20241205 | 06-03-2024 | $7,883.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2024 | -$1,308.00 |
| 610 | Payment with return 00 | | 04-15-2024 | -$1,500.00 |
| 170 | Penalty for not pre-paying tax 06-03-2034 | 20242905 | 06-03-2024 | $38.00 |
| 276 | Penalty for late payment of tax | 20242905 | 06-03-2024 | $50.75 |
| 196 | Interest charged for late payment | 20242905 | 06-03-2024 | $54.64 |
| 971 | Notice issued CP 0014 | | 06-03-2024 | $0.00 |
| 971 | Installment agreement established | | 04-25-2024 | $0.00 |
| 277 | Reduced or removed penalty for late payment of tax | | 06-10-2024 | -$12.69 |
| 666 | Estimated tax transferred in | | 09-05-2024 | -$1,075.00 |
| 971 | Installment agreement established | | 03-19-2025 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 670 | Payment<br>00 | | 05-15-2025 | -$1,100.00 |
| 662 | Removed estimated tax payment<br>55<br>20250131<br>XXX-XX-3393 | | 09-05-2024 | $107.00 |
| 670 | Payment<br>00 | | 06-16-2025 | -$1,100.00 |
| 670 | Payment<br>00 | | 07-15-2025 | -$1,100.00 |
| 670 | Payment<br>00 | | 08-15-2025 | -$1,100.00 |
| 276 | Penalty for late payment of tax | 20253405 | 09-08-2025 | $102.30 |
| 670 | Payment<br>00 | | 09-15-2025 | -$414.57 |
| 196 | Interest charged for late payment | 20253805 | 10-06-2025 | $382.04 |
| 276 | Penalty for late payment of tax | 20253805 | 10-06-2025 | $32.53 |
| 971 | No longer in installment agreement status | | 10-06-2025 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

|  |  |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

| | |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2021 |
| Taxpayer Identification Number: | XXX-XX-8726 |

SAIF ALA
1470 E

### --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.00 | As of: | 08-11-2025 |
| Accrued penalty: | $0.00 | As of: | 08-11-2025 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $21,968.00 |
| Taxable income: | $9,118.00 |
| Tax per return: | $987.00 |
| SE taxable income taxpayer: | $2,607.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $399.00 |
| Return due date or return received date (whichever is later): | 04-15-2022 |
| Processing date: | 05-16-2022 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>14211-918-65963-2 | 20221705 | 05-16-2022 | $987.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2022 | -$82.00 |
| 766 | Credit to your account | | 04-05-2021 | -$1,400.00 |
| 846 | Refund issued | | 04-05-2021 | $1,400.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20211105 | 04-05-2021 | $0.00 |
| 971 | Notice issued<br>NOTICE1444 | | 04-10-2021 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20211805 | 05-24-2021 | $0.00 |
| 610 | Payment with return<br>00 | | 04-23-2022 | -$491.00 |
| 768 | Earned income credit | | 04-15-2022 | -$414.00 |
| 196 | Interest charged for late payment | 20221705 | 05-16-2022 | $0.43 |
| 606 | Write-off of balance due | | 05-16-2022 | -$0.43 |



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

| | |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

| | |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2020 |
| Taxpayer Identification Number: | XXX-XX-8725 |

SAIF ALA
1470 E

### --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.00 | As of: | 01-13-2025 |
| Accrued penalty: | $0.00 | As of: | 01-13-2025 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $19,391.00 |
| Taxable income: | $6,991.00 |
| Tax per return: | $698.00 |
| SE taxable income taxpayer: | $0.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $0.00 |
| Return due date or return received date (whichever is later): | 04-15-2021 |
| Processing date: | 06-07-2021 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 16221-512-16581-1 | 20211705 | 06-07-2021 | $698.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2021 | -$19.00 |
| 766 | Credit to your account | | 05-11-2020 | -$1,200.00 |
| 846 | Refund issued | | 05-11-2020 | $1,200.00 |
| 290 | Additional tax assessed 00-00-0000 | 20201705 | 05-11-2020 | $0.00 |
| 971 | Notice issued NOTICE1444 | | 05-11-2020 | $0.00 |
| 766 | Credit to your account | | 01-18-2021 | -$600.00 |
| 846 | Refund issued | | 01-18-2021 | $600.00 |
| 290 | Additional tax assessed 00-00-0000 | 20205302 | 01-18-2021 | $0.00 |
| 610 | Payment with return 00 | | 05-17-2021 | -$679.00 |

This Product Contains Sensitive Taxpayer Data

This Product Contains Sensitive Taxpayer Data



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

| | |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

| | |
|---|---|
| | 1040 |
| Form Number: | |
| Report for Tax Period Ending: | 12-31-2019 |
| Taxpayer Identification Number: | XXX-XX-8725 |

SAIF ALA
1470 E

### --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.00 | As of: | 01-13-2025 |
| Accrued penalty: | $0.00 | As of: | 01-13-2025 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $12,024.00 |
| Taxable income: | $0.00 |
| Tax per return: | $1,828.00 |
| SE taxable income taxpayer: | $11,948.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $1,828.00 |
| Return due date or return received date (whichever is later): | 07-13-2020 |
| Processing date: | 08-17-2020 |

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 14211-695-89124-0 | 20202905 | 08-17-2020 | $1,828.00 |
| 768 | Earned income credit | | 04-15-2020 | -$271.00 |
| 170 | Penalty for not pre-paying tax 08-17-2020 | 20203105 | 08-17-2020 | $37.00 |
| 276 | Penalty for late payment of tax | 20203105 | 08-17-2020 | $15.57 |
| 196 | Interest charged for late payment | 20203105 | 08-17-2020 | $4.22 |
| 971 | Notice issued CP 0014 | | 08-17-2020 | $0.00 |
| 971 | Installment agreement established | | 08-18-2020 | $0.00 |
| 670 | Payment 00 | | 09-28-2020 | -$500.00 |
| 670 | Payment 00 | | 10-28-2020 | -$500.00 |
| 670 | Payment 00 | | 11-30-2020 | -$500.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 670 | Payment 00 | | 12-28-2020 | -$132.14 |
| 196 | Interest charged for late payment | 20210405 | 02-15-2021 | $10.29 |
| 276 | Penalty for late payment of tax | 20210405 | 02-15-2021 | $8.06 |
| 971 | No longer in installment agreement status | | 02-15-2021 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Form 1040 Account Transcript

| | |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

|  |  |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2018 |
| Taxpayer Identification Number: | XXX-XX-8725 |

SAIF ALA
1470 E

### --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.00 | As of: | 05-16-2022 |
| Accrued penalty: | $0.00 | As of: | 05-16-2022 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $9,890.00 |
| Taxable income: | $0.00 |
| Tax per return: | $1,504.00 |
| SE taxable income taxpayer: | $9,827.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $1,504.00 |
| Return due date or return received date (whichever is later): | 04-15-2019 |
| Processing date: | 06-03-2019 |

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>16211-513-10640-9 | 20191605 | 06-03-2019 | $1,504.00 |
| 768 | Earned income credit | | 04-15-2019 | -$413.00 |
| 276 | Penalty for late payment of tax | 20192005 | 06-03-2019 | $10.91 |
| 196 | Interest charged for late payment | 20192005 | 06-03-2019 | $8.82 |
| 971 | Notice issued<br>CP 0014 | | 06-03-2019 | $0.00 |
| 670 | Payment<br>00 | | 07-24-2019 | -$1,130.34 |
| 196 | Interest charged for late payment | 20193105 | 08-19-2019 | $6.16 |
| 826 | Credit transferred out to<br>30<br>20171231 | | 07-24-2019 | $8.00 |
| 276 | Penalty for late payment of tax | 20193105 | 08-19-2019 | $5.45 |
| 971 | Notice issued<br>CP 0049 | | 08-19-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

This Product Contains Sensitive Taxpayer Data



## Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

| | |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

| | |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2017 |
| Taxpayer Identification Number: | XXX-XX-8725 |

SAIF ALA
1470 E

### --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.00 | As of: | 05-16-2022 |
| Accrued penalty: | $0.00 | As of: | 05-16-2022 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $22,634.00 |
| Taxable income: | $12,234.00 |
| Tax per return: | $4,809.00 |
| SE taxable income taxpayer: | $22,491.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $3,441.00 |
| Return due date or return received date (whichever is later): | 04-15-2018 |
| Processing date: | 06-04-2018 |

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 16221-438-01131-8 | 20180705 | 06-04-2018 | $4,809.00 |
| 610 | Payment with return 00 | | 04-15-2018 | -$1,000.00 |
| 276 | Penalty for late payment of tax | 20182005 | 06-04-2018 | $38.09 |
| 196 | Interest charged for late payment | 20182005 | 06-04-2018 | $26.18 |
| 971 | Notice issued CP 0014 | | 06-04-2018 | $0.00 |
| 670 | Payment 00 | | 07-27-2018 | -$977.73 |
| 670 | Payment 00 | | 09-21-2018 | -$1,000.00 |
| 971 | Installment agreement established | | 09-18-2018 | $0.00 |
| 670 | Payment 00 | | 10-30-2018 | -$978.00 |
| 673 | Payment 00 | | 11-14-2018 | -$977.73 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 276 | Penalty for late payment of tax | 20184605 | 12-03-2018 | $60.19 |
| 670 | Payment 00 | | 11-16-2018 | -$980.00 |
| 672 | Removed payment 00 | | 11-14-2018 | $977.73 |
| 276 | Penalty for late payment of tax | 20184704 | 12-10-2018 | $2.27 |
| 276 | Penalty for late payment of tax | 20184704 | 12-10-2018 | $5.76 |
| 196 | Interest charged for late payment | 20184704 | 12-10-2018 | $61.05 |
| 971 | Notice issued CP 0060 | | 12-10-2018 | $0.00 |
| 673 | Payment 00 | | 12-14-2018 | -$66.85 |
| 672 | Removed payment 00 | | 12-14-2018 | $66.85 |
| 673 | Payment 00 | | 01-14-2019 | -$67.16 |
| 672 | Removed payment 00 | | 01-14-2019 | $67.16 |
| 673 | Payment 00 | | 02-14-2019 | -$67.50 |
| 672 | Removed payment 00 | | 02-14-2019 | $67.50 |
| 971 | No longer in installment agreement status | | 03-11-2019 | $0.00 |
| 706 | Credit transferred in from 30 20181231 | | 07-24-2019 | -$8.00 |
| 670 | Payment 00 | | 07-31-2019 | -$85.81 |
| 196 | Interest charged for late payment | 20193205 | 08-26-2019 | $2.50 |
| 846 | Refund issued | | 08-26-2019 | $24.53 |
| 776 | Interest credited to your account | | 08-26-2019 | -$0.03 |

This Product Contains Sensitive Taxpayer Data



## Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

| | |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

| | |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2016 |
| Taxpayer Identification Number: | XXX-XX-8725 |

SAIF ALA
1470 E

### --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.00 | As of: | 01-10-2022 |
| Accrued penalty: | $0.00 | As of: | 01-10-2022 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $6,432.00 |
| Taxable income: | $0.00 |
| Tax per return: | $978.00 |
| SE taxable income taxpayer: | $6,391.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $978.00 |
| Return due date or return received date (whichever is later): | 04-15-2017 |
| Processing date: | 05-01-2017 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>16211-459-98818-7 | 20170905 | 05-01-2017 | $978.00 |
| 610 | Payment with return<br>00 | | 04-12-2017 | -$486.00 |
| 768 | Earned income credit | | 04-15-2017 | -$492.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

---

# Form 1040 Account Transcript

|  |  |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110961093461 |

| | |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2015 |
| Taxpayer Identification Number: | XXX-XX-8725 |

SAIF ALA
1470 E

## --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.00 | As of: | 01-14-2019 |
| Accrued penalty: | $0.00 | As of: | 01-14-2019 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | | |

## ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $13,031.00 |
| Taxable income: | $2,731.00 |
| Tax per return: | $2,255.00 |
| SE taxable income taxpayer: | $12,949.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $1,981.00 |
| Return due date or return received date (whichever is later): | 04-15-2016 |
| Processing date: | 06-06-2016 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>14221-496-74588-6 | 20161405 | 06-06-2016 | $2,255.00 |
| 768 | Earned income credit | | 04-15-2016 | -$137.00 |
| 170 | Penalty for not pre-paying tax<br>06-06-2026 | 20162005 | 06-06-2016 | $22.00 |
| 276 | Penalty for late payment of tax | 20162005 | 06-06-2016 | $19.81 |
| 196 | Interest charged for late payment | 20162005 | 06-06-2016 | $12.07 |
| 971 | Notice Issued<br>CP 0014 | | 06-06-2016 | $0.00 |
| 670 | Payment<br>00 | | 06-06-2016 | -$2,171.88 |

---

This Product Contains Sensitive Taxpayer Data

---



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

Request Date: 03-24-2026
Response Date: 03-24-2026
Tracking Number: 110061093461

Form Number: 1040
Report for Tax Period Ending: 12-31-2014
Taxpayer Identification Number: XXX-XX-8725

SAIF ALA
1470 K

### --- Any minus sign shown below signifies a credit amount ---

Account balance: $0.00
Accrued interest: $0.00   As of: 01-14-2019
Accrued penalty: $0.00   As of: 01-14-2019
Account balance plus accruals (this is not a payoff
  amount): $0.00

### ** Information from the return or as adjusted **

Exemptions: 01
Filing status: Single
Adjusted gross income: $9,785.00
Taxable income: $0.00
Tax per return: $1,488.00
SE taxable income taxpayer: $9,723.00
SE taxable income spouse: $0.00
Total self employment tax: $1,488.00
Return due date or return received date (whichever is later): 04-15-2015
Processing date: 05-11-2015

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed<br>16211-470-76064-5 | 20151805 | 05-11-2015 | $1,488.00 |
| 610 | Payment with return<br>00 | | 04-12-2015 | -$1,120.00 |
| 768 | Earned income credit | | 04-15-2015 | -$368.00 |

This Product Contains Sensitive Taxpayer Data

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

|  |  |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

| | |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2013 |
| Taxpayer Identification Number: | XXX-XX-8725 |

SAIF ALA
1470 E

### --- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | $0.00 | | |
| Accrued interest: | $0.00 | As of: | 01-14-2019 |
| Accrued penalty: | $0.00 | As of: | 01-14-2019 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $10,183.00 |
| Taxable income: | $183.00 |
| Tax per return: | $223.00 |
| SE taxable income taxpayer: | $1,334.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $204.00 |
| Return due date or return received date (whichever is later): | 04-15-2014 |
| Processing date: | 03-03-2014 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 16211-440-66606-4 | 20140703 | 03-03-2014 | $223.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2014 | -$650.00 |
| 768 | Earned income credit | | 04-15-2014 | -$319.00 |
| 846 | Refund issued | | 03-03-2014 | $746.00 |

This Product Contains Sensitive Taxpayer Data



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

|  |  |
|---|---|
| Request Date: | 03-24-2026 |
| Response Date: | 03-24-2026 |
| Tracking Number: | 110061093461 |

|  |  |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2012 |
| Taxpayer Identification Number: | XXX-XX-8725 |

SAIF ALA
1470 E

### --- Any minus sign shown below signifies a credit amount ---

| | | |
|---|---|---|
| Account balance: | $0.00 | |
| Accrued interest: | $0.00  As of: | 06-03-2013 |
| Accrued penalty: | $0.00  As of: | 06-03-2013 |
| Account balance plus accruals (this is not a payoff amount): | $0.00 | |

### ** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $6,817.00 |
| Taxable income: | $0.00 |
| Tax per return: | $901.00 |
| SE taxable income taxpayer: | $6,773.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $901.00 |
| Return due date or return received date (whichever is later): | 04-15-2013 |
| Processing date: | 06-03-2013 |

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>16211-404-69645-3 | 20132005 | 06-03-2013 | $901.00 |
| 610 | Payment with return<br>00 | | 03-28-2013 | -$426.00 |
| 766 | Earned income credit | | 04-15-2013 | -$475.00 |

This Product Contains Sensitive Taxpayer Data

Page 1/1

| Form **1120-S**<br>Department of the Treasury<br>Internal Revenue Service | **U.S. Income Tax Return for an S Corporation**<br>Do not file this form unless the corporation has filed or<br>is attaching Form 2553 to elect to be an S corporation.<br>Go to *www.irs.gov/Form1120S* for instructions and the latest information. | OMB No. 1545-0123<br>**2025** |
|---|---|---|

For calendar year 2025 or tax year beginning _____ , 2025, ending _____ , 20___

| **A** S election effective date<br>02/12/2021 | Name<br>TARA FOOD INC | | **D** Employer identification number<br>86-2039827 |
|---|---|---|---|
| **B** Business activity code<br>number (see instructions)<br>424990 | Number and street. If a P.O. box, see instructions.<br>1470 EAST AVE | Room or suite no.<br>APT 1B | **E** Date incorporated<br>02/12/2021 |
| **C** Check if Sch. M-3 attached ☐ | City or town   BRONX    State or province  NY   Country | ZIP or foreign postal code  10462 | **F** Total assets (see instructions)<br>$ 135,952. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions.  ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . .   1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **Income** | 1a | Gross receipts or sales  3,821,935.  **b** Less returns and allowances _____   **c** Balance | 1c | 3,821,935. |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . | 2 | 3,333,744. |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . | 3 | 488,191. |
| | 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . | 4 | |
| | 5 | Other income (loss) (see instructions—attach statement) . . . . . . . . | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . | 6 | 488,191. |
| **Deductions** (see instructions for limitations) | 7 | Compensation of officers (see instructions—attach Form 1125-E) . . . . . | 7 | |
| | 8 | Salaries and wages (less employment credits) . . . . . . . . . . . | 8 | |
| | 9 | Repairs and maintenance . . . . . . . . . . . . . . . . . | 9 | 18,980. |
| | 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . | 10 | 45,000. |
| | 11 | Rents . . . . . . . . . . . . . . . . . . . . . . | 11 | 180,000. |
| | 12 | Taxes and licenses . . . . . . . . . . . . . . . . . . | 12 | 40,000. |
| | 13 | Interest (see instructions) . . . . . . . . . . . . . . . . | 13 | |
| | 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| | 15 | Depletion **(do not deduct oil and gas depletion)** . . . . . . . . . | 15 | |
| | 16 | Advertising . . . . . . . . . . . . . . . . . . . . | 16 | |
| | 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . | 17 | |
| | 18 | Employee benefit programs . . . . . . . . . . . . . . . | 18 | |
| | 19 | Energy efficient commercial buildings deduction (attach Form 7205) . . . | 19 | |
| | 20 | Other deductions (attach statement)   See Statement . . . . . . . | 20 | 158,325. |
| | 21 | **Total deductions.** Add lines 7 through 20 . . . . . . . . . . . | 21 | 442,305. |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 . . . . . | 22 | 45,886. |
| **Tax and Payments** | 23a | Excess net passive income or LIFO recapture tax (see instructions) . .   23a _____ | | |
| | b | Tax from Schedule D (Form 1120-S) . . . . . . . . .   23b _____ | | |
| | c | Add lines 23a and 23b (see instructions for additional taxes) . . . . . . | 23c | |
| | 24a | Current year's estimated tax payments and preceding year's overpayment<br>credited to the current year . . . . . . . . .   24a _____ | | |
| | b | Tax deposited with Form 7004 . . . . . . . . .   24b _____ | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) . .   24c _____ | | |
| | d | Elective payment election amount from Form 3800 . . .   24d _____ | | |
| | z | Add lines 24a through 24d . . . . . . . . . . . . . . . | 24z | |
| | 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . ☐ | 25 | |
| | 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed . . | 26 | |
| | 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid . . | 27 | |
| | 28 | Enter amount from line 27:  **a** Credited to 2026 estimated tax _____   **b** Refunded | 28b | |
| | c | Routing number ☐☐☐☐☐☐☐☐☐   **d** Type: ☐ Checking  ☐ Savings | | |
| | e | Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No |
|---|---|---|
| | Signature of officer _____  Date _____  Title PRESIDENT | |

| **Paid Preparer Use Only** | Preparer's name<br>MOHAMMED S ALAM | Preparer's signature<br>MOHAMMED S ALAM | Date<br>02/18/2026 | Check ☒ if<br>self-employed | PTIN<br>P00095691 |
|---|---|---|---|---|---|
| | Firm's name  Renaissance | | | Firm's EIN | 13-3924025 |
| | Firm's address 273 Van Cortland Ave E Suite B Bronx NY 10467 | | | Phone no. | (718)881-0904 |

For Paperwork Reduction Act Notice, see separate instructions.  BAA          REV 02/02/26 PRO     Form **1120-S** (2025) Created 4/7/25

Form 1120-S (2025)                                                                                                    Page **2**

## Schedule B    Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☒ Cash    **b** ☐ Accrual | | |
|  |    **c** ☐ Other (specify) _____ | | |
| **2** | See the instructions and enter the: | | |
|  | **a** Business activity DELIVERY _____    **b** Product or service SERVICE | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | X |
| **4** | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below  . . . . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . | | X |
|  | If "Yes," complete lines (i) and (ii) below. | | |
|  | **(i)**    Total shares of restricted stock  . . . . . . . . . _____ | | |
|  | **(ii)**    Total shares of non-restricted stock . . . . . . . . _____ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments?  . | | X |
|  | If "Yes," complete lines (i) and (ii) below. | | |
|  | **(i)**    Total shares of stock outstanding at the end of the tax year  . . _____ | | |
|  | **(ii)**    Total shares of stock outstanding if all instruments were executed  _____ | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction?  . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ☐ | | |
|  | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions  . . . . . . $ _____ | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . | | X |
| **10** | Does the corporation satisfy one or more of the following? See instructions  . . . . . . . . . . . . | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $31 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
|  | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| **11** | Does the corporation satisfy **both** of the following conditions?  . . . . . . . . . . . . . . . . | | X |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

| Form **1125-A**<br>(Rev. November 2024)<br>Department of the Treasury<br>Internal Revenue Service | **Cost of Goods Sold**<br><br>Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.<br>Go to *www.irs.gov/Form1125A* for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name | Employer identification number |
|---|---|
| TARA FOOD INC | 86-2039827 |

|  |  |  |  |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | 2,907,751 |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) | **5** | |
| 6 | Total. Add lines 1 through 5 | **6** | 2,907,751 |
| 7 | Inventory at end of year | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2, or the appropriate line of your tax return. See instructions | **8** | 2,907,751 |

**9a** Check all methods used for valuing closing inventory. See instructions.

    (i) ☒ Cost

    (ii) ☐ Lower of cost or market

    (iii) ☐ Other (specify method used and attach explanation)

    For certain small business taxpayers, alternative methods of accounting for inventories:

    (iv) ☐ Non-incidental materials and supplies method

    (v) ☐ AFS method

    (vi) ☐ Non-AFS method

**b** Check if there was a writedown of subnormal goods ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

**d** (i) If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO   **9d(i)**

    (ii) If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve   **9d(ii)**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

### What's New

**Small business taxpayers.** For tax years beginning after December 31, 2023, if filing Form 1125-A for a small business taxpayer that uses an alternative method of accounting for inventories, check the applicable box on line 9a(iv) through 9a(vi). See the instructions for line 9.

## General Instructions

### Purpose of Form

Use Form 1125-A to figure and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065 must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1(a).

If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for small business taxpayers.** A small business taxpayer can account for inventory by treating the inventory as non-incidental materials and supplies (line 9a(iv)), or conforming to its treatment of inventory in an applicable financial statement (as defined in section 451(b)(3)) (line 9a(vi)). If it does not have an applicable financial statement, a small business taxpayer can use the method of accounting used in its books and records prepared according to its accounting procedures (line 9a(vi)).

See the discussion on small business taxpayers in the instructions for your tax return. Also see sections 448(c) and 471(c).

For additional guidance on methods of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing methods of accounting, see Form 3115, Application for Change in Accounting Method, and the Instructions for Form 3115.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business and Pub. 225, Farmer's Tax Guide.

---

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | **2023** |

For calendar year 2023 or tax year beginning _____ , 2023, ending _____ , 20____

| **A** S election effective date 02/12/2021 | TYPE OR PRINT | Name TARA FOOD INC | **D** Employer identification number 86-2039827 |
|---|---|---|---|
| **B** Business activity code number (see instructions) 424990 | | Number, street, and room or suite no. If a P.O. box, see instructions. 1470 EAST AVE APT 1B | **E** Date incorporated 02/12/2021 |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code BRONX NY 10462 | **F** Total assets (see instructions) $  40,901. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . 1

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | |
|---|---|---|---|
| **1a** | Gross receipts or sales 2,059,277.  **b** Less returns and allowances _____  **c** Balance | **1c** | 2,059,277. |
| **2** | Cost of goods sold (attach Form 1125-A) | **2** | 1,753,495. |
| **3** | Gross profit. Subtract line 2 from line 1c | **3** | 305,782. |
| **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | **4** | |
| **5** | Other income (loss) (see instructions—attach statement) | **5** | |
| **6** | **Total income (loss).** Add lines 3 through 5 | **6** | 305,782. |
| **7** | Compensation of officers (see instructions—attach Form 1125-E) | **7** | |
| **8** | Salaries and wages (less employment credits) | **8** | |
| **9** | Repairs and maintenance | **9** | 8,989. |
| **10** | Bad debts | **10** | 70,000. |
| **11** | Rents | **11** | 88,800. |
| **12** | Taxes and licenses | **12** | 1,000. |
| **13** | Interest (see instructions) | **13** | |
| **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | |
| **15** | Depletion (**Do not deduct oil and gas depletion.**) | **15** | |
| **16** | Advertising | **16** | 5,518. |
| **17** | Pension, profit-sharing, etc., plans | **17** | |
| **18** | Employee benefit programs | **18** | |
| **19** | Energy efficient commercial buildings deduction (attach Form 7205) | **19** | |
| **20** | Other deductions (attach statement)  See Statement | **20** | 83,784. |
| **21** | **Total deductions.** Add lines 7 through 20 | **21** | 258,091. |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 6 | **22** | 47,691. |

| | | | | |
|---|---|---|---|---|
| **23a** | Excess net passive income or LIFO recapture tax (see instructions) | **23a** | | |
| **b** | Tax from Schedule D (Form 1120-S) | **23b** | | |
| **c** | Add lines 23a and 23b (see instructions for additional taxes) | | **23c** | |
| **24a** | Current year's estimated tax payments and preceding year's overpayment credited to the current year | **24a** | | |
| **b** | Tax deposited with Form 7004 | **24b** | | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) | **24c** | | |
| **d** | Elective payment election amount from Form 3800 | **24d** | | |
| **z** | Add lines 24a through 24d | | **24z** | |
| **25** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | **25** | |
| **26** | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | **26** | |
| **27** | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | **27** | |
| **28** | Enter amount from line 27:  **Credited to 2024 estimated tax** _____  Refunded | | **28** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name MOHAMMED S ALAM | Preparer's signature MOHAMMED S ALAM | Date 03/15/2024 | Check ☒ if self-employed | PTIN P00095691 |
|---|---|---|---|---|
| Firm's name  Renaissance | | | Firm's EIN | 13-3924025 |
| Firm's address  273 Van Cortland Ave E Suite B Bronx NY 10467 | | | Phone no. | (718)881-0904 |

For Paperwork Reduction Act Notice, see separate instructions. BAA          REV 03/07/24 PRO          Form **1120-S** (2023)

Form 1120-S (2023)  Page **2**

## Schedule B  Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a  ☒ Cash   b  ☐ Accrual    c  ☐ Other (specify) _____ |  |  |
| 2 | See the instructions and enter the:  a Business activity DELIVERY    b Product or service SERVICE |  |  |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . |  | X |
| 4 | At the end of the tax year, did the corporation: |  |  |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . |  | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | (i)   Total shares of restricted stock . . . . . . . . . _____ |  |  |
|  | (ii)  Total shares of non-restricted stock . . . . . . . . _____ |  |  |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | (i)   Total shares of stock outstanding at the end of the tax year . . _____ |  |  |
|  | (ii)  Total shares of stock outstanding if all instruments were executed _____ |  |  |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . |  | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ☐ |  |  |
|  | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| 8 | If the corporation (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . $ _____ |  |  |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . |  | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . |  | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. |  |  |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. |  |  |
| c | The corporation is a tax shelter and the corporation has business interest expense. |  |  |
|  | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). |  |  |
| 11 | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . |  | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. |  |  |
| b | The corporation's total assets at the end of the tax year were less than $250,000. |  |  |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. |  |  |

Form 1120-S (2023)                                                                                                   Page **3**

| Schedule B | Other Information (see instructions) *(continued)* | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | × |
| | If "Yes," enter the amount of principal reduction . . . . . . . . $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | × |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? | × | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | × | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | × |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | × |

| Schedule K | | Shareholders' Pro Rata Share Items | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | 47,691. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Interest income | | 4 | |
| | 5 | Dividends: a Ordinary dividends | | 5a | |
| | | b Qualified dividends | 5b | | |
| | 6 | Royalties | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| | 10 | Other income (loss) (see instructions)   Type: | | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | | 11 | |
| | 12a | Charitable contributions | | 12a | |
| | b | Investment interest expense | | 12b | |
| | c | Section 59(e)(2) expenditures   Type: | | 12c | |
| | d | Other deductions (see instructions)   Type: | | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | | 13a | |
| | b | Low-income housing credit (other) | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 13c | |
| | d | Other rental real estate credits (see instructions)   Type: | | 13d | |
| | e | Other rental credits (see instructions)   Type: | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | 13f | |
| | g | Other credits (see instructions)   Type: | | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance   ☐ | | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | | 15a | |
| | b | Adjusted gain or loss | | 15b | |
| | c | Depletion (other than oil and gas) | | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | | 15e | |
| | f | Other AMT items (attach statement) | | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | | 16a | |
| | b | Other tax-exempt income | | 16b | |
| | c | Nondeductible expenses | | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | | 16d | |
| | e | Repayment of loans from shareholders | | 16e | |
| | f | Foreign taxes paid or accrued | | 16f | |

REV 03/07/24 PRO                                                                                 Form **1120-S** (2023)

Form 1120-S (2023)                                                                                     Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | | Total amount | |
|---|---|---|---|---|---|
| Other Information | 17a | Investment income | 17a | | |
| | b | Investment expenses | 17b | | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | | |
| | d | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | | |
| Recon-ciliation | 18 | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | 47,691. | |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | 40,901. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | 10,125. | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 10,125. | | 40,901. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 16,915. | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | -6,790. | | 40,901. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 10,125. | | 40,901. |

REV 03/07/24 PRO                                                                        Form **1120-S** (2023)

Form 1120-S (2023)                                                                                                          Page 5

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 47,691. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | 7 | Add lines 5 and 6 | |
| | | | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 47,691. |
| 4 | Add lines 1 through 3 | 47,691. | | | |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | −6,790. | | | |
| 2 | Ordinary income from page 1, line 22 | 47,691. | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 22 | ( ) | | | |
| 5 | Other reductions | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 | 40,901. | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 40,901. | | | |

REV 03/07/24 PRO                                                                                         Form **1120-S** (2023)

Form **1125-A**

(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| TARA FOOD INC | 86-2039827 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 10,125 |
| 2 | Purchases | 2 | 1,743,370 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,753,495 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,753,495 |

**9a** Check all methods used for valuing closing inventory:

(i) ☒ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.) ▶ ----------------------------------------

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

For Paperwork Reduction Act Notice, see instructions. BAA

REV 03/07/24 PRO    Form **1125-A** (Rev. 11-2018)

# Form 1120-S

## U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

**2022**

For calendar year 2022 or tax year beginning _____ , 2022, ending _____ , 20____

| | | |
|---|---|---|
| **A** S election effective date 02/12/2021 | **TYPE OR PRINT** Name TARA FOOD INC | **D** Employer identification number 86-2039827 |
| **B** Business activity code number (see instructions) 424990 | Number, street, and room or suite no. If a P.O. box, see instructions. 1470 EAST AVE APT 1R | **E** Date incorporated 02/12/2021 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code BRONX NY 10462 | **F** Total assets (see instructions) $ 10,125. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

Caution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a 1,215,150. | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 1,215,150. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 1,007,048. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 208,102. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 208,102. |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 4,459. |
| 10 | Bad debts | 10 | 89,200. |
| 11 | Rents | 11 | 18,000. |
| 12 | Taxes and licenses | 12 | 25. |
| 13 | Interest (see instructions) | 13 | |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement)    See Statement | 19 | 92,883. |
| 20 | **Total deductions.** Add lines 7 through 19 | 20 | 204,567. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 3,535. |

### Tax and Payments

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120-S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2022 estimated tax payments and 2021 overpayment credited to 2022 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached  ☐ | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26:  **Credited to 2023 estimated tax** _____  **Refunded** | 27 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | Title PRESIDENT |
|---|---|---|

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name MOHAMMED S ALAM | Preparer's signature MOHAMMED S ALAM | Date 03/13/2023 | Check ☒ if self-employed | PTIN P00095691 |
|---|---|---|---|---|
| Firm's name Renaissance | | | Firm's EIN 13-3924025 | |
| Firm's address 273 Van Cortland Ave E Suite B Bronx NY 10467 | | | Phone no. (718)881-0904 | |

For Paperwork Reduction Act Notice, see separate instructions. BAA

REV 03/08/23 PRO

Form **1120-S** (2022)

Form 1120-S (2022)            Page **2**

## Schedule B    Other Information  (see instructions)

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Check accounting method:   **a** ☒ Cash    **b** ☐ Accrual | | | |
| |                 **c** ☐ Other (specify) | | | |
| **2** | See the instructions and enter the: | | | |
| | **a** Business activity DELIVERY          **b** Product or service SERVICE | | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | | X |
| **4** | At the end of the tax year, did the corporation: | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . | | | X |
| | If "Yes," complete lines (i) and (ii) below. | | | |
| | **(i)**    Total shares of restricted stock . . . . . . . . . . . . | | | |
| | **(ii)**   Total shares of non-restricted stock . . . . . . . . . . | | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | | | X |
| | If "Yes," complete lines (i) and (ii) below. | | | |
| | **(i)**    Total shares of stock outstanding at the end of the tax year . . | | | |
| | **(ii)**   Total shares of stock outstanding if all instruments were executed | | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ☐ | | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . $ | | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| **10** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . | | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | | |
| | If "Yes," complete and attach **Form 8990,** Limitation on Business Interest Expense Under Section 163(j). | | | |
| **11** | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . | | | X |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | | |

Form 1120-S (2022)            Page **3**

| Schedule B | Other Information (see instructions) *(continued)* | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . $ | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | | Total amount |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . | 1 | | 3,535. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . | 2 | | |
| | 3a | Other gross rental income (loss) . . . . . . . . | 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . . | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . | 3c | | |
| | 4 | Interest income . . . . . . . . . . . . . | 4 | | |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . | 5a | | |
| | | b Qualified dividends . . . . . . | 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . | 6 | | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . | 7 | | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . | 8a | | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . | 9 | | |
| | 10 | Other income (loss) (see instructions)     Type: | 10 | | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . | 11 | | |
| | 12a | Charitable contributions . . . . . . . . . . . . | 12a | | |
| | b | Investment interest expense . . . . . . . . . . . | 12b | | |
| | c | Section 59(e)(2) expenditures . . . . . . Type: | 12c | | |
| | d | Other deductions (see instructions) . . . . Type: | 12d | | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . | 13a | | |
| | b | Low-income housing credit (other) . . . . . . . . . . | 13b | | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . | 13c | | |
| | d | Other rental real estate credits (see instructions)   Type: | 13d | | |
| | e | Other rental credits (see instructions) . . . Type: | 13e | | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . | 13f | | |
| | g | Other credits (see instructions) . . . . . Type: | 13g | | |
| Inter-national | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . ☐ | | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment . . . . . . . . . . | 15a | | |
| | b | Adjusted gain or loss . . . . . . . . . . . . . | 15b | | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . | 15c | | |
| | d | Oil, gas, and geothermal properties—gross income . . . . . . | 15d | | |
| | e | Oil, gas, and geothermal properties—deductions . . . . . . . | 15e | | |
| | f | Other AMT items (attach statement) . . . . . . . . . . | 15f | | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income . . . . . . . . . . . | 16a | | |
| | b | Other tax-exempt income . . . . . . . . . . . . | 16b | | |
| | c | Nondeductible expenses . . . . . . . . . . . . | 16c | | |
| | d | Distributions (attach statement if required) (see instructions) . . . . | 16d | | |
| | e | Repayment of loans from shareholders . . . . . . . . . | 16e | | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . | 16f | | |

REV 03/08/23 PRO            Form **1120-S** (2022)

Form 1120-S (2022)                                                                                                    Page 4

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Other Information** | 17a | Investment income | 17a |
| | b | Investment expenses | 17b |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c |
| | d | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | |
| **Reconciliation** | 18 | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | 3,535. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | 12,556. | | 10,125. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( | ) | ( | ) |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 12,556. | | 10,125. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 2,881. | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 20,000. | | 16,915. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | -10,325. | | -6,790. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | ( | ) | ( | ) |
| 27 | Total liabilities and shareholders' equity | | 12,556. | | 10,125. |

REV 03/08/23 PRO                                                                                    Form **1120-S** (2022)

Form 1120-S (2022)                                                                                                                Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . | 3,535. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) . . . . . | | a | Tax-exempt interest $ ............... | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ .............. | | a | Depreciation $ .............. | |
| b | Travel and entertainment $ ........ | | 7 | Add lines 5 and 6 . . . . . . . | |
| | | | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 . . . . | 3,535. |
| 4 | Add lines 1 through 3 . . . . . . | 3,535. | | | |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions) |
|---|---|

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . | -10,325. | | | |
| 2 | Ordinary income from page 1, line 21 . . . | 3,535. | | | |
| 3 | Other additions . . . . . . . . . . | | | | |
| 4 | Loss from page 1, line 21 . . . . . . . | ( ) | | | ( ) |
| 5 | Other reductions . . . . . . . . . | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 . . . . . . . | -6,790. | | | |
| 7 | Distributions . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . | -6,790. | | | |

REV 03/08/23 PRO                                                                                                           Form **1120-S** (2022)

| Form **1125-A** | Cost of Goods Sold | OMB No. 1545-0123 |
|---|---|---|
| (Rev. November 2018)<br>Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.<br>▶ Go to *www.irs.gov/Form1125A* for the latest information. | |

| Name | Employer identification number |
|---|---|
| TARA FOOD INC | 86-2039827 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 12,556 |
| 2 | Purchases | 2 | 1,004,617 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,017,173 |
| 7 | Inventory at end of year | 7 | 10,125 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,007,048 |

**9a** Check all methods used for valuing closing inventory:

   *(i)* ☒ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods    ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)    ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO     **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions    ☐ Yes    ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation    ☐ Yes    ☒ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

For Paperwork Reduction Act Notice, see instructions. BAA      REV 03/02/23 PRO    Form **1125-A** (Rev. 11-2018)

ORIGIN ID:HPNA    (347) 479-0709
NASIMA AKTER

1470 EAST AVENUE, APT-1B

BRONX, NY 10462
UNITED STATES US

SHIP DATE: 05MAY26
ACTWGT: 1.00 LB
CAD: 264051713/INET4535

BILL SENDER

TO  U.S.DISTRICT COURT NEW YORK
    EMERGENCY RELIEF
    PRO SE INTAKE UNIT 500 PEARL STREET
    2ND FLOOR
    NEW YORK NY 10007
(718) 840-4200      REF: SAIFUL ALAM, A200943583
INV:
PO:                          DEPT:



FedEx
Express

E

WED - 06 MAY 10:30A
PRIORITY OVERNIGHT

TRK#
0201    8714 4561 3648

E3 PCTA                10007
              NY-US  EWR

Scan to learn how we
can help make Earth
a priority together.

RECEIVED
SDNY PRO SE OFFICE
2026 MAY -6  PM 3:45

Insert shipping
document here.